

[If you need additional space for ANY section, please attach an additional sheet and reference that section]

RECEIVED
11/4/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Billy Ivory Browne
Godhead Bible Ivory Chryst
Bodygodson Jesus Chryst

Plaintiff

Donald J Trump
T.B.N TV

Defendant

)
)
)
)
)
)
)

1:25-cv-13505
Judge Matthew F. Kennelly
Magistrate Judge Daniel P. McLaughlin
Random/Cat. 3

for Lie About 55. million Dollion

Donnald J. Trump Well over Billion of Dollion

T.V.A.T.V we over Billion of Dollion

Billy ivory Brownes Bible holy

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

  from heaven in to earth judgment fr✕  🎤  📷  🔍        ⚙  ⠿  Sign in

AI Mode | **All** | Images | Short videos | Forums | Shopping | Videos | More ▾ | Tools ▾

These are results for from heaven in to earth judgment from my father god head to my godhead his son as godhead bible ivory *jesus* christs holy spirits over whole earth judgment for trump

Show original results ⠿

✦ **AI Overview**                                                                                    ⋮

The phrase you've used is a combination of Christian theological concepts and contemporary political references that do not come from a single biblical source. It touches on the Christian beliefs of divine judgment, the relationship between God the Father and Jesus Christ, and the role of the Holy Spirit, but applies them to a political figure in a way not found in scripture. 🔗

Here is a breakdown of the religious concepts and how they differ from your statement:

Show more ⌄

 Facebook · Franklin Graham
70.9K+ reactions · 2 months ago

## President Donald J. Trump brought up the topic of Heaven ...

**The Bible** teaches that **the** ONLY way to have eternal life is through **the** Lord **Jesus Christ, the Son** of **God**. John 3:36 He that believeth **on the** ...
Missing: ~~judgment head godhead ivory~~

## People also ask  ⋮

What has Donald Trump said about God?                                                              ⌄

as of united states nation i am over ✕ 🎤 📷 🔍 ⚙ ⋮⋮⋮ Sign in

AI Mode    All    Images    News    Short videos    Shopping    Forums    More ▾    Tools ▾

These are results for as of united states nation i am over all of trump white house mver from my father god head to my godhead bible ivory jesuss christs **too commandment** in run all **government** in side my big .o/ earth no help fror trump

Search instead for as of united states nation i am over all of trump white house mver from my father god head to my godhead bible ivory jesuss christs to cmmand ment in run all govermment in side my big .o/ earth no help fror trump



YouTube · The White House
131.6K+ views · 1 month ago

## President Trump Delivers Remarks to the White House ...



We all thank President Trump for protecting the God-given rights of every American and it is my great honor to introduce to you the 45th and the 47th president.

54:53

Missing: ~~am mver father god head godhead bible ivory jesuss christs too commandment run government side big earth no~~

## People also ask ⋮

Does Trump believe in God?                                                              ⌄

What Bible did Trump use to take the oath of office?                                     ⌄

What is the presidential message on Holy Week 2025?                                      ⌄

What is the presidential oath of office so help me God?                                  ⌄

Feedback



Instagram · realrikkidoolan
380+ likes · 2 months ago

## Prayer in the White House. President Trump recognises the ...

Wellinto Billion
Oct 28 The 2015 year
Line up god holy Bible Ivory 17
A Big'@ Low si TRnmp
10 holysping
IM to Billion T. B. n. T.V
ROSSing /sible IVORY 18
27 word
One AtA time
Father Son holyghost ChildBible 10 holy spiret
Fatherson holy spirit Child Jesus
Leader of Donald Trump 28
Lexder Re T.Bn. T.V
55 YEAR Word
White house Don Ald J. Trump 55 millions
month MAY 2025 yeAR Sive To wie
Bailly I. VORY B. Bigo Low Suit Wel in the Billion
BiIlly I. VORY B. Kown. Lerlee Bibleholy 27 word
Jesuss Bible Christsholy Spirit
28 word
WORD 55 YEAR
June 2025 year Bigtime T BH T. V 55 million
give To me Bible I VORY Jesus Christs
ALLA Lie no 55 million Trump or To Bon. TOU
All Two Trump And T-B·n·T·U
All evil faith love for money Ations

Oct 28 Type 2015 year

To Whitehouse Donald J. TRUMP

Indgavemok A nAtion out of Be evil

heAd PARA in BODY Sont To my people

people need All Cash pay nation

united States

P.S It not Rights

need x11 Benefitsnation to my people nation

People need ALL food AND Round MAtion

ORmedicare need formy people

Inump you Dog Dog me on

hump you bog Dog my peopleon>

All Quil love of money for you se only

And your Child All O vil you are

Boendement By my Fathergod head

her bers un To my godhead Bible SuoRy Jesuss

Chris Sholy ghost holy Sports.

To Earth number one Big Or white dukete Axtion

Llega mediasize

Warning:

PCL XL error

Lookout forbeid up onta hand Baggy trump

To hakeen JeffRies To fight Trump you need me
Over The Whole Earth meant of heaven into Earth
my Father god from his head To my god head Bible Ivory
SONIA I Will proofControl WERther
Jesus Christ's Body holy Spiriton Top of holyspires
XIL polper from heaven god my father into my
god head Bible IVORY Jesus Christs
Commandment And Chief of Whole Earth
government power auto &hexven from my Father
god goldherd To me his only son Bible IvoryS
Jesus Christs Boby holy Spiritover After
Earth trump Can notfi
And Win people need gokemment shute pwn,
people heed obAmACARel snel Bendit's Restare
All need for my peoplex Round united States nation
good or Bad Judgment
It is sold Word By my father god see It All bag pas bog
you And your Leder are Back Back Back evil.
Kou TrumpaRe Be Judgement Judgment
God my father his Self see It Allinside part
LBy
godhand Bible I very Jesus Christs holy Spirit
over The Whole Earth Judgment StAnd
MXKJ7DAY 2019YEARTOMAR28PM2042XPAR
19 yeARE faith Judgment in side Earth

OCT 27 DAY 202 5YEAR

To White house Do haldJ. Trump

Trening fight good fight good faith

do not stop obAmA CARel Shel Bendits

Read new It OG AmA CARel food To

To ice leAdeR only JAib DRing Lords Bad

do not JAIL good mexicans

good mexicans are good work in Jobs

Chi CLASS people mexicans are

god my father see, It All good me yreAns faitl

By Begood Work in JOBmexiCANS are

So do not place good mexicans inSAil

you need for Land work mexi CANSfaithful

do not stop food Stamps

Justlike moses no Respect

3

JesusChrist no Respect

Justlike megodhead Bible IvaRy Christs holyspiRE

no Respect, p.s All Three name no Respect

I AM Billy Ivory Brownlee Bible holy 27 Word

Jesus's Bible Christs holy Spiney 28

Whithouse Donald Trump

month MAR 2015 yearR$ 55 millions

55 ward

Bistime T. Bon T. U$55 millions

havenot see O pollions

Judgment To An Lie united StatesnAtion

fast to

O no Respect Who Trump Big time To B.n.TV

godhead Bible I DORY Jesuss moses 28 word

Christs holyghost holy Spirits 27 word

holy Bible Chriss 55 Wordyes

V. no Respectfor god my Father ouly bie RAN

a me Bible Ivory Jesus Christs holy Spiral

Oct 28 The 2015 years
line up god holy Bible Ivory 17
10 holyspiky
Crossing Bible IVORY 18
27 word
Father Son holyghost Child Bible 10 holy spike
Fatherson holy spirit Child Jesus
28
55 year Word
Whitehouse Don Ald J. Trump 55 millions
month MAY 2025 yeAR give To me
Bailly IVORY B.
Billy I. Vary B. Rowno Lerlee Bibleholy 27 word
Jesus, Bible Chrustsholy Spirit
28 word
WORD 55 yeAR        T. B. N
June 2025 year Bigtime T Bh T. V 55 million
give To me Bible IVORY Jesus Christs
ALLA Lie no 55 million Trump oR T. Bon. Tol
All Two Trump And T-B·n·T·U
All evil faith love for money Ations



begin father son holy ghost child bit   ✕   🎤   📷   🔍          ⚙   ⋮⋮⋮

All   Images   Shopping   Videos   Short videos   Forums   More   Tools

**a**   Amazon.com
https://www.amazon.com › Baptized-Father-Cottage-Ga...

## Cottage Garden Baptized Name of Father Son Holy Spirit ...

**Embossed rosette details with glossy ivory finish** · Jewelry box measures approximately 6 x 4 x 2.5 inches; Replace artwork with 3 x 5 inch personal photo.

30-day returns

## People also ask ⋮

What is ivory in the Bible?

What are the three Trinity's in the Bible?

What is the correct way to baptize according to the Bible?

What is the saying "the Father, the son, and the holy ghost"?

Feedback

▶   YouTube · United Apostolic Church - NYC
7601 views · 5 years ago

## Father, Son, and Holy Ghost (Part 1) | "The Oneness of God ...

**God is not just the father of Jesus Christ** he is father of all creation so we know his role in in the flesh ly embodiment of himself.

10 key moments in this video   ⌄

ⓕ   Facebook · GREAT HYMNS AND SONGS OF THE FAITH
2 comments · 9 months ago

## Father, Son, and Holy Ghost, One in Three and Three in One

bible ivory holy ghost spirit jesus      ✕   🎤   📷   🔍          ⟲   ⠿   ·

All   Images   Videos   Shopping   Short videos   Forums   More ·   Tools

---

☼  AI Overview                                                          ⋮

The terms "Bible," "ivory," "holy ghost," and "spirit" are connected through biblical imagery and scripture. "Ivory" appears in descriptive passages, such as in Song of Solomon 5:14, where the body of the beloved is described as "polished ivory bedecked with sapphires". The "holy ghost" or "holy spirit" is the third person of the Trinity in Christian theology, considered to be the same being as God the Father and Jesus Christ, and the scriptures often refer to the Holy Spirit as a comforter or helper.  🔗

## Ivory in the Bible

Show more  ⌄

## Videos  ⋮



ANOINTING (FALL ON ME)

YouTube · Tobe Nwigwe · Topic · ⋮
Aug 24 2022

"Holy Ghost My Rest" Elder Ivory Herd Church of Deliverance ...

Instagram · Reelad church ... ⋮
1 week ago

The statement "TRUST THE HOLY SPIRIT" is a directive for ...

Facebook · ... ⋮
1 month ago

father son holy spirit child jesus chri ✕ 🎤 📷 🔍

All　Images　Videos　Short videos　Forums　Shopping　More　　Tools

AI Overview ⋮

The terms refer to the Christian doctrine of the Trinity: one God who exists as three co-equal and co-eternal persons: God the Father, God the Son (Jesus Christ), and God the Holy Spirit. The Father, Son, and Holy Spirit are not three separate gods but one God in three distinct, yet inseparable, persons who share the same divine essence.  🔗

- **God the Father:** Often understood as the source and originator of all things, the one who plans.

- **God the Son (Jesus Christ):** The eternal Son of God who became human, born of a



Show more ˅

## Videos ⋮



Father, Son, Spirit (Official Lyric Video) // A Table Full Of ...

YouTube · Jeson Upton ⋮
Nov 3, 2015

Father Son and Holy Ghost (with lyrics) | A Charles Wesley ...

YouTube · churchofworth ⋮
Apr 11, 2023

Father, Son and Holy Spirit – Timothy Keller [Sermon]

YouTube · Gospel · ⋮
Nov 7, 2022

begin christ spirit of me bible ivory c   ✕   🎤   📷   🔍        ⚙   ⠿

All   Images   Videos   Shopping   Short videos   Forums   More   Tools

AI Overview                                                                    ⋮

The phrase "begin christ spirit of me bible ivory christs holy spirit" is **not a known verse or phrase from the Bible**. It appears to be a collection of words related to Christian concepts, possibly from a personal quote, title, or a user-created string. 

The individual words and concepts within the string are prominent in the Bible, such as:

- **"Holy Spirit" and "Spirit of Christ":** These terms refer to the third person of the Trinity, who indwells believers, guides them, and helps them to become more like Christ

Show more ⌄

 **kingdomway.ca**
https://kingdomway.ca › Blog

## 40 Bible verses on being filled with Holy Spirit - Kingdom Way

... 2, '02'   40 **Bible** verses on being filled with **Holy Spirit**  Ephesians 5:18 And do not get drunk with wine, for that is debauchery, but be filled with the Spirit.

## People also ask  ⋮

Is Ezekiel 25-17 a real Bible verse?

Is the Spirit of Christ the same as the Holy Spirit?

What does Matthew 16:24 really mean?

What does Matthew 25-40 really mean?



All    Images    Shopping    Videos    Short videos    Forums    More    Tools

after b/for billy .i for ivory .b for **brown** .le for lee you *have* me the holy *bible over* whole earth

## Videos    ⋮



YouTube

YouTube · stampylonghead  ⋮
Aug 31, 2013

I'm here joined by Henry a rock climbing pig and a happy bear who is here emerging from my painting as he always does.



Bye Lee Bear (StampyLongNose Nostalgia)

YouTube · MintOM  ♡  ⋮
Jun 1, 2023

Stampy's Minecraft helper **Lee** Bear, leaves to help others in need.

View all   ›

## People also ask   ⋮

Who is Lee Bear?

What seed was Stampy's Lovely World?

How old is Lee Carson?

How did Stampy make his world?

begin godhead bible ivory christ hol   ✕   🎤   📷   🔍        ⚙️   ⠿

AI Mode   **All**   Images   Videos   Shopping   Short videos   Forums   More ⌄   Tools ⌄

**These are results for begin godhead bible ivory christ holy spirit bible word and *year* old jesus christs**

Search instead for begin godhead bible ivory christ holy spirit bible word and yaer old jesus christs

✦ AI Overview                                                             ⋮

The query combines several biblical concepts: the **Godhead**, **Christ**, and the **Holy Spirit** are described in the Bible, often related to the Trinity, while the **"word"** can refer to the divine nature of Christ or the Bible itself. The word **"ivory"** is not a standard biblical term for a theological concept and could be a misunderstanding or misinterpretation. The mention of "jesus christs" may refer to Jesus being the "Christ" (Messiah), and the query might be looking for information on his age or birth, which is described in Luke 2:42.  ⌕

### Godhead, Christ, and Holy Spirit  ⌕

Show more ⌄

christianforums.net
https://christianforums.net › › Trinitarianism

## Understanding the GodHead. The Father, the Son and the ...

Feb 23, 2024 — The **scripture** gives us that the **Godhead**, the Father, Son and **Holy Spirit**, consists of three distinct Persons, yet these three are One.
Missing: ivery christis

## People also ask  ⋮

What does Matthew 25-40 really mean?                                     ↗

What does it mean when Mary pondered in her heart?                       ⌄

body jesuss christ s holy spirit 33 w  ✕ 🎤 📷 🔍    ⚙ ⠿

AI Mode  All  Images  Videos  Shopping  Short videos  Forums  More    Tools

**These are results for body *jesus christ's* holy spirit 33 word and *year* old *jesus* christs**

Search instead for body jesuss christ s holy spirit 33 word and yaer old jesuss christs

◌̄ AI Overview  ⋮

The question "body jesus christ's holy spirit 33 word and year old jesus christs" is not a standard phrase or a direct quote from the Bible or Christian doctrine. It appears to combine several symbolic ideas and common beliefs within Christianity related to the number 33. 🔗

Here are the key concepts and their general Christian meanings:

- **33 Years Old:** Jesus is traditionally believed to have been crucified and resurrected at approximately 33 years old. This age is often seen as a symbol of divine completion and

Show more ⌄

 **jesusnear.com**
https //www.jesusnear.com › articles › jesus › life of jesus

**Why We All Feel 33 the Age of Jesus Christ Forever**
At this inner age of **33**, **the Spirit** teaches us to walk with **Jesus**, to depend not on our own strength, but on God's wisdom. This spiritual shift often feels like ...

## People also ask ⋮

Which word is repeated 365 times in the Bible?

Why is 33 associated with Jesus?

Judmentfaithful Life or Death By Cancer18
I BentRom month MAR 27+28 DAY 2024 YEAR
my Father god Can from his gold head my father
my god head Bible Ivory Jesus Christs
holy Spirit Body Spivo people Earth
WRitter TRANSLater Word in Comptey in
English not for you To see prod in REALAt
End Written TRANSLAtor word from god my
Cancer & WAY By
father gold hexid inplace in my godhead Bible?
IVORY Jesus Christs Body holy Spirits
month OCT 31 DAY 2025 YEAR / 9 month
of Written TRANSLatoR Wordin CompteyL Am
holy Bible Christo NAmeton BOOK
Antik you Breath
As godhesh Bible Wary Druss Christy
moses body.
Tholy P
De faithen stor of ily
FAnd up my Taker do It
Indement af faithful month mar 2014
month MAR 2042 yeAR lite on peAth out

nov 2025 year 2005 year 2025 year Trod 9 ame play 1

Et A sins Judgment for Denran me holy Bible god Ivory
Judgment on to heaven god my Father To whole Earth
White house Donald J Trump in leader
Judgment Lie And Republican leader By god my
father in me godhead Bible Ivory Jesnss moses 28
Christs holy ghost holy spirits 27
5 5 year And word
Judgment Trump for food Benefits
Judgment medicare Benefits Trump Dogme out
Deemocrat Judgment for Before 2021 to 2024
Judgment Jewish hebrew Lie Trod Books The year
holy god Bible Ivory Jesnss Christs
holy Bible old new holy Bible Christs 2024
I Stand Written Translator word my year
Father god month man 27 night Day 28 2024 year
my Fathersgod head To my god head Bible Ivory
Jesnss mosas 28
Christs holy ghost holy spirits To Stand
Written Translator word of my Father god 2005
Be time To B N Tv leader 2025 year
Judgment for help Trod or Denran

 in the bible sarah of color and god h ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode   **All**   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

✦ AI Overview        ⋮

The Bible does **not** explicitly state that Sarah was a person of color, nor does it provide a specific physical description of her skin color. Sarah was a Hebrew woman and matriarch of the Israelite nation, living in the Middle East. 🔗

Regarding God and Jesus:

- The Bible does not provide a physical description of **God** the Father, who is generally understood as a spirit.



Show more ⌄

🙂 **Bible Hub**
https://biblehub.com › 1_peter

### 1 Peter 3:6 just as Sarah obeyed Abraham and called him ...

**Sarah obeyed Abraham, calling him lord**, and you have become her children if you do what is right without being frightened by any fear.

## People also ask ⋮

Who was the first black woman in the Bible?     ⌄

What does "ivory" mean biblically?     ⌄

What did biblical Sarah look like?     ⌄

What will Sarah's son be named and promised?     ⌄

 in the bible mary of color mother to     Sign in

AI Mode | All | Images | Videos | Shopping | Short videos | Forums | More ▾ | Tools ▾

 **AI Overview**

The Bible does not describe Mary's skin color, as she was a Jewish woman from the Middle East and the text focuses on her lineage and faith rather than her physical appearance. However, given her ethnicity, Jesus, her son, would have had a Middle Eastern appearance, likely with brown skin. 🔗



- **Ancestry:** Mary was a descendant of King David and from the town of Nazareth in Galilee. As a Jewish woman, her appearance would have been consistent with other

Show more ⌄

---

 Wikipedia
https://en.wikipedia.org › wiki › Mary,_mother_of_Jesus

## Mary, mother of Jesus

**Mary was a first-century Jewish woman of Nazareth**, the wife of Joseph and the mother of Jesus. She is an important figure of Christianity, venerated under ...

Mary of Nazareth... | Protestant views on Mary | Dormition of the Mother of God

 Bible Gateway
https://www.biblegateway.com › passage

## Matthew 1:18-25 NIV - Joseph Accepts Jesus as His Son

**An angel told Joseph to take Mary as his wife,** and to name their son Jesus, who would save people. Joseph did so, but did not consummate until after birth.

 Seminary Now
https://seminarynow.com › pages › blog › p=mary-the-...

## Mary, the Mother of Jesus: The First and Longest Disciple

 in the bible mary of color mother to     ✕   🎤   📷   🔍          ⚙       Sign in

AI Mode    **All**    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

✦ AI Overview                                                                                      ⋮



The Bible does not describe Mary's skin color, as she was a Jewish woman from the Middle East and the text focuses on her lineage and faith rather than her physical appearance. However, given her ethnicity, Jesus, her son, would have had a Middle Eastern appearance, likely with brown skin. 🔗

- **Ancestry:** Mary was a descendant of King David and from the town of Nazareth in Galilee. As a Jewish woman, her appearance would have been consistent with other

Show more ⌄

---

  Wikipedia
https://en.wikipedia.org › wiki › Mary,_mother_of_Jesus

## Mary, mother of Jesus                                                             ⋮

**Mary was a first-century Jewish woman of Nazareth**, the wife of Joseph and the mother of Jesus. She is an important figure of Christianity, venerated under ...

Mary of Nazareth...     Protestant views on Mary     Dormition of the Mother of God

  Bible Gateway
https://www.biblegateway.com › passage

## Matthew 1:18-25 NIV - Joseph Accepts Jesus as His Son

**An angel told Joseph to take Mary as his wife**, and to name their son Jesus, who would save people. Joseph did so, but did not consummate until after birth.

  Seminary Now
https://seminarynow.com › pages › blog › p=mary-the-...

## Mary, the Mother of Jesus: The First and Longest Disciple

 in the bible hagar of color and abrar   ✕               ⚙      Sign in

AI Mode   **All**   Images   Videos   Short videos   Shopping   News   More ▾   Tools ▾

◆ AI Overview                                                                                        ⋮

The Bible identifies Hagar as an **Egyptian** handmaiden or slave of Sarah, but it does not specify her skin color or describe her as a "person of color". The text provides no physical description of her appearance. ⊘

The idea of interpreting Hagar as a Black woman is a modern re-imagining that emerged in more recent centuries, particularly among some African American interpreters who resonate with her story of enslavement, surrogacy, and being an outcast. However, this is an interpretive tradition, not a detail found in the original biblical text. ⊘

Show more ⌄

 **Bible Gateway**
https://www.biblegateway.com › passage

## Genesis 16-18 ERV - Hagar the Servant Girl - Sarai was

Then **Abram** bowed down before God. God said to him, [4] "This is my part of our agreement: I will make you the **father** of many **nations**. [5] I will change your ...

Missing: ~~color~~ | Show results with: color

 **Wikipedia**
https://en.wikipedia.org › wiki › Hagar

## Hagar                                                                    ⋮

Abraham and Hagar Sarai had been barren for a long time and sought a way to fulfill God's promise that Abram would be father of many nations, especially since ...

Hagar in Islam       Hagar (disambiguation)       Shur (Bible)       Hagrite

⋮

in the bible abraham two sons of co    ✕    🎤    📷    🔍      ⚙    ⋮⋮⋮   Sign in

AI Mode    All    Images    Short videos    Videos    Shopping    Forums    More ▾    Tools ▾

◆ AI Overview                                  ⋮

The Bible does not contain any reference to two sons of Abraham who were black and living "inside the earth". The idea of people living "inside the earth" is not a biblical concept.  🔗

According to the Book of Genesis, Abraham had a total of eight sons:  🔗

- **Isaac** was the son of Sarah, Abraham's wife, and the "child of promise" through whom God's covenant was established. He is the ancestor of the Israelites.

- **Ishmael** was Abraham's firstborn son, born to Hagar, Sarah's Egyptian handmaid

---

                               Show more ⌄

---

F    **Faithwriters**
     https://www.faithwriters.com › article-details

## Did You Know That Father Abraham had a Black Son?

Apr 22, 2010 — Yes, Abraham, the father of the Jewish people, **had a black son** by the name of Ishmael, whom he named. Abraham was married to Hagar, a black,

## People also ask   ⋮

Who was the first black person on earth in the Bible?          ⌄

What was the skin color of Abraham in the Bible?          ⌄

Who are the descendants of black people in the Bible?          ⌄

Was Ishmael black?          ⌄

 god son sarah of color head bible iv ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode | **All** | Images | Shopping | Videos | Short videos | Forums | More ▾ | Tools ▾

 ✦ AI Overview ⋮

The sequence of words "god son sarah of color head bible ivory christs holy spirits" does not form a coherent phrase, sentence, or specific concept found within the Bible or general theological discussion. The words appear to be a collection of individual religious or biblical terms with no inherent collective meaning. 🔗

Here is a breakdown of the individual terms and their biblical contexts:

- **God, Son, Christ's, Holy Spirits:** These refer to central figures and concepts within Christianity and the Bible, often associated with the Trinity (Father, Son, and Holy

---

Show more ⌄

---

🔲 GotQuestions.org
https://www.gotquestions.org › ... › Revelation

## What does it mean that Jesus' hair was like wool ...

Dec 26, 2024 — **Jesus' hair is "white like wool"** in Revelation 1:14 to emphasize the holiness, purity, and perfection of the sinless Lord.

## People also ask ⋮

What color did the Bible describe Jesus? ⌄

What does Revelation 22 verse 17 mean? ⌄

What does ivory mean in the Bible? ⌄

Where in the Bible does it say Jesus' hair was white as wool? ⌄



the begin god and sarah son ramhe

AI Mode    All    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

✦ AI Overview

The search terms "the begin god and sarah son ramhead bible ivory christs" combine several distinct and unrelated concepts from biblical and religious themes. There is no single narrative that connects all these elements. The query likely pulls fragments of different stories and ideas into a single, nonsensical phrase. 🔗

### God and Sarah's son (Isaac)

In the biblical book of Genesis, God promises Abraham and his wife, Sarah, that they will have a son in their old age, despite Sarah being past childbearing age. This miracle son

Show more ⌄



Bible Gateway
https://www.biblegateway.com › passage

### Genesis 16 NIV - Hagar and Ishmael - Now Sarai,

**Sarai, barren, gives Hagar to Abram.** Hagar conceives, despises Sarai, flees, and is told to return. She gives birth to Ishmael, named by Abram.

Missing: ~~ramhead~~ | Show results with: ramhead

## People also ask ⋮

What is the correct order of God's creation?    ⌄

Does the Bible actually say that life begins at conception?    ⌄

Why is Matthew 17:21 missing from the Bible?    ⌄

 abraham and sarsh son bible holy is   ✕   🎤   📷   🔍         ⚙️   ⠿   Sign in

AI Mode    All    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

These are results for abraham and **sarah** son bible holy isaac lamb blood
Search instead for abraham and sarsh son bible holy isaac lamb blood

◆ AI Overview                                                                          ⋮

Abraham and Sarah's son, Isaac, was nearly sacrificed by his father, but an angel stopped
Abraham at the last moment, and a ram was provided by God as a substitute . This event is
known as the <u>Binding of Isaac</u> and is a pivotal story in the Bible that demonstrates
Abraham's faith and foreshadows Jesus as the <u>Lamb of God</u>. While Isaac was spared, the
story involves a **ram** being sacrificed instead of a **lamb**, though the lamb becomes a symbol
of Jesus, who is later identified as the Lamb of God who takes away the sins of the
world. ✎

Show more ⌄

 **Bible Gateway**
https://www.biblegateway.com › passage

## Genesis 22 NIV - Abraham Tested - Some time later God

**Abraham answered, "God himself will provide the lamb for the burnt offering, my son**." And the two of
them went on together. ⁹ When they reached the place God ...

🌐 **Bible Hub**
https://biblehub.com › genesis

## Genesis 22:7 Then Isaac said to his father Abraham, "My ...

And **Isaac** said to **Abraham**, "My father!" And he said, "Here I am, my **son**." **Isaac** said, "Look, the fire and
the **wood**, but where is the **lamb** for the burnt offering ...

god birth seed 7 month july sarah wom  ✕      🔍  ⚙    Sign in

AI Mode    **All**    Images    Shopping    Videos    Short videos    Forums    More ▾    Tools ▾

✦ AI Overview    ⋮

The search query combines distinct biblical themes, which do not appear together in any single passage. The query seems to weave together the story of Sarah giving birth to Isaac, the symbolism of the number seven, the ram caught in the thicket, and the Holy Spirit. While there is no single narrative connecting all these elements, they can be understood through symbolic interpretation. 🔗

## The birth of Isaac to Sarah

- **The miracle birth:** God promised the elderly Abraham and his wife, Sarah, that they

Show more  ⌄

---

 **Bible Hub**
https://biblehub.com › genesis

### Genesis 21:2 So Sarah conceived and bore a son to ...

New International Version **Sarah** became pregnant and bore a son to Abraham in his old age, at **the** very time **God** had promised him. New Living Translation

## People also ask  ⋮

What is the significance of the 7th month in the Bible?    ⌄

What does a womb symbolize in the Bible?    ⌄

Who did Sarah give birth to in the Bible?    ⌄

in the bible sarah old age womb cha    X          Q              

AI Mode    All    Images    Shopping    Videos    Short videos    Forums    More    Tools

AI Overview                                                                                     ⋮

The biblical story of Sarah giving birth to Isaac and Abraham's later sacrifice of a ram is an account of God's miraculous promise and provision. The phrasing you used combines several separate but interconnected events and ideas from the Bible and Christian theology. 🔗

Sarah's womb and the miraculous birth of Isaac

The Bible presents Sarah's womb as having been "dead" because she was well past childbearing age when she conceived. 🔗

# SARAholdage BirthinA Childef god The Bible

Show more ∨

 Bible Hub
https://biblehub.com › genesis

Genesis 21:2 So Sarah conceived and bore a son to ...

New International Version **Sarah became pregnant and bore a son to Abraham in his old age**, at the very time God had promised him. New Living Translation

Page includes: Children, Birth info

## People also ask    ⋮

Did Sara have a baby at 90 years old?

Who gave birth at old age in the Bible?

At what age did Sarah give birth to Isaac in the Bible?



sarsh and god son ram godhead ho ✕ 🎤 📷 🔍 ⚙️ ⚏ Sign in

AI Mode  All  Images  Videos  Short videos  Shopping  Forums  More ▾  Tools ▾

These are results for **_sarah_** and god son ram godhead holy bible ivory christs
Search instead for sarsh and god son ram godhead holy bible ivory christs

## Videos ⋮



3:47

**Abraham and Sarah I God's Story**

YouTube · Crossroads Kids' Club ⋮
Oct 5, 2017

**God's** promise to Abraham: He would have many **children**, including the rescuer, **Jesus**.

31:13

**Genesis Abraham and Sarah | Full Series**

YouTube · Fishnet Bible Stories ⋮
Mar 12, 2021

**10 key moments in this video** ⌄

29:31

**Abraham & Sarah – Official Short Film**

YouTube · Messages of Christ ⋮
Feb 14, 2022

35:59

**God's Story - Abraham | Genesis 12-18, 21-22, 32-33 Romans ...**

YouTube · SMAADallas ⋮
Sep 9, 2018

Abraham is the father not only of our faith but of all monotheistic faiths.

Feedback

View all ›

# People also ask ⋮

in the holy bible ivory sarah mother ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode   **All**   Images   Short videos   Shopping   Videos   Forums   More ▾   Tools ▾

Did you mean: **in the holy bible ivory sarah mother birth child isaac lamb and _odell_ brownlee birth holy _child_ bible ivory billy brownlee**

Reddit · r/CatholicPhilosophy
10+ comments · 1 year ago

## What is the moral response to Genesis 21. 9-14?

Then we come to Chapter 21, and **Isaac** has finally been **born**. Ishmael is dishonoring **Isaac**, and therefore **Sarah** and even Abraham in some fashion.

11 answers · Top answer: As I see it, Abraham took Hagar as a concubine against God's promise that …

Missing: ~~ivory~~ ~~idell~~ ~~holy~~ ~~eild~~ ~~billy~~

## People also ask ⋮

Who did Sarah birth in the Bible?                                          ⌄

What was the name of Sarah's child born out of God's promise?             ⌄

Who are the special births in the Bible?                                   ⌄

Why did God choose Isaac and not Ishmael?                                  ⌄

                                                                   Feedback

## People also search for

**why did god rebuke** sarah **for laughing but not abraham?**   🔍    **Why did God provide a ram instead of a** lamb   🔍

**Did God punish** Sarah **for laughing**   🔍    **Ram vs** lamb **sacrifice**   🔍

mary holy mother virgin 14 yaer old    ✕   🎤   📷   🔍     ⚙️   ⠿   Sign in

AI Mode    **All**    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

These are results for mary holy mother virgin 14 *year* old jesus christ lamb cow and ram head bible ivory godhead

Search instead for mary holy mother virgin 14 yaer old jesus christ lamb cow and ram head bible ivory godhead

---

Reddit · r/dadjokes
180+ comments · 4 years ago

### If Mary is the mother of Jesus and Jesus is the lamb of God

**Mary had a little lamb**, the doctor was surprised, but when Old McDonald had a farm, he couldn't believe his eyes.

You can't say that **Mary** was only 13 **years old** when ...    72 posts    Dec 31, 2022
**Mother Mary** with the Child **Jesus** (1913) by Adolf ...    12 posts    Mar 29, 2016
More results from www.reddit.com

## People also ask   ⋮

Where in the Bible does it say Mary was 14 years old?     ˅

What was the skin color of Mary the Mother of Jesus?     ˅

Is Mary Had a Little Lamb a Catholic song?     ˅

What did Mother Mary look like according to the Bible?     ˅

Feedback

---

 cradlingcatholic.com
https://cradlingcatholic.com › 2019/12/30 › the-innoce...

### The Innocence of the Blessed Virgin Mary–was there such a ...

Dec 30, 2019 — Our Blessed Mother was a **young, innocent woman of about 14 years of age** when the Angel Gabriel came to her and announced to her what God wanted from her.

head bible ivory 14 word and april 1   ✕   🎤   📷   🔍          ⚙   ⋮⋮⋮   Sign in

AI Mode    All    Images    Shopping    Videos    Short videos    Web    More ▾    Tools ▾

Did you mean: head bible ivory 14 word and april 14 birth seed place 1955 *year* holy child bible ivory billy brownlee

🏛 **Internet Archive**
https://ia600108.us.archive.org › items › Anchor...

PDF  ⋮

**Anchor Bible Dictionary**

... **Bible** Dictionary. Annual of Bar-flan University Studies in. Judaica and the Humanities. Assyrian and Babylonian Letters, **14** vols., ed. R. F. Harper. Chicago ...

1,171 pages

## People also ask  ⋮

What does 14 mean prophetically?                                    ⌄

What are the 14 books removed from the Bible called?               ⌄

What is the significance of 14 years in the Bible?                 ⌄

Which woman gave birth at old age in the Bible?

### 14 YEAROld WOMAN BirthAChild Bible Idell BrownteR

🛡 **Scholarship @ Claremont**
https://scholarship.claremont.edu › viewcontent

PDF

**A Critical Comparative Scriptural Analysis of Genesis 1:1-5 ...**

Fascinatingly, Gen. 1:1-5 meant different things for interpreters of the same **biblical** passage from the Essenes to scholars of modern times. I try ..

mary mother virgin 14 yaer old idell bro ✕ 🎤 📷 🔍 ⚙ ⣿

All  Images  Videos  Short videos  Forums  News  Shopping  More ▾  Tools ▾

These are results for mary mother virgin 14 *year* old idell brownlee 14 *year* old but rape 28 number 1955 yaer
Search instead for mary mother virgin 14 yaer old idell brownlee 14 yaer old but rape 28 number 1955 yaer

🔍 ## Your search did not match any documents

**Need help?** Check out other tips for searching on Google.

You can also try these searches:

🔍     weather tomorrow

🔍     spanish to english

🔍     time in tokyo

🔍     hardware store near me

🔍     plane tickets

🔍     breaking news

🔍     persian cat

🔍     air fryer

🔍     anime backgrounds

 the begin bible adam man son abel ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode | **All** | Images | Videos | Shopping | Short videos | Forums | More ▾ | Tools ▾

Did you mean: the **beginning** bible adam man son abel of color black

◆ AI Overview ⋮

The Bible does ** not specify the skin color** of Adam, Abel, or any of the early biblical figures. The text focuses on their lineage, actions, and relationship with God, not their physical appearance or ethnicity in modern terms. 🔗

Here is what the Bible does state:

- **Adam** The name "Adam" comes from the Hebrew word *adamah*, which means "ground" or "earth". This has led some to infer that Adam was the color of the earth or soil in the Mesopotamian region where the Garden of Eden was located, suggesting a mid-brown



Show more ⌄

 **Quora**
7 answers · 1 year ago

## How did Cain and Abel have different skin colors from their ...

This is an old, baseless racist theory. Cain was not "**black**" and **Abel** was not "white". Those distinctions wouldn't likely have survived the ...

7 answers · Top answer: This is an old, baseless racist theory. Cain was not "black" and Abel was not "...

If both Cain and **Abel** are **Adam** and Eve's biological ... 35 answers Jun 6, 2020

Why did God use the **color black** as a discipline on ... 10 answers May 23, 2023

More results from www.quora.com

## People also ask ⋮

What color was Adam the first man? ⌄

 in the bible noah color black     ✕   🎤   📷   🔍     ⚙   ⋮⋮⋮   Sign in

AI Mode    **All**    Images    Shopping    Videos    Short videos    Forums    More ▾    Tools ▾

 AI Overview     ⋮

The Bible does not specify Noah's skin color, and the question of whether he was "black" is based on later interpretations and extra-biblical texts, not the biblical narrative itself. Some religious interpretations, particularly those in the <u>Book of Enoch</u>, describe him with white skin, while some modern theories suggest his ancestors and descendants had various skin tones, likely including brown or dark-skinned people, to explain the diversity of humanity today. 🔗

- **Biblical text**: The Bible itself does not mention a racial or skin color description for



Show more ⌄

**M** Medium · Dante Fortson (The BHITB Podcast)
260+ likes · 7 years ago

**The Book of Enoch: Black Adam, Albino Noah, and The ...**
If Noah was white and the other humans were not, they were likely brown or dark skinned. If the humans were brown or dark skinned, it would've ...

## People also ask ⋮

What was the color of Noah in the Bible?    ⌄

Who was considered black in the Bible?    ⌄

Is the color black mentioned in the Bible?    ⌄

What are the three races of Noah?    ⌄

 in the begin in the bible was abraha    ✕    🎤    📷    🔍        ⚙    ⋮⋮⋮    Sign in

AI Mode    **All**    Images    Videos    Short videos    Shopping    Forums    More ▾    Tools ▾

◆ AI Overview                                                                    ⋮

No, the Bible does not state that Abraham's son was black. The Bible does not describe the skin color of Abraham's children (Isaac and Ishmael) or provide a racial categorization for them. Discussions of race in the Bible, particularly regarding the descendants of Ham, are often based on later interpretations, not direct statements about Abraham's family.  🔗

- The Bible's account of creation states that all humanity comes from the first man and woman, Adam and Eve, who are described as "humankind," not belonging to a specific race.

Show more ⌄

 Quora
5 answers · 1 year ago

## Was Abraham a Racist when He expelled his dark skinned ...

Jacob and Esau were Abraham's GRANDCHILDREN. **Abraham's sons were Ishmael and Isaac** (Yitzhak). What makes you think Ishmael was dark skinned?

5 answers · Top answer: Jacob and Esau were Abraham's GRANDCHILDREN. Abraham's sons were I...

Were Jews during **Abraham's** time **black** or white ...     13 answers     Mar 19, 2017

What does the curse of **black skin** mean in the ...     6 answers     Apr 16, 2023

More results from www.quora.com

## People also ask  ⋮

What was the skin color of Abraham in the Bible?                              ⌄

Who was the first black man in the Bible?                                      ⌄

 the begin moses mother of color bla    ✕    🎤    📷    🔍         ⚙    ⠿    Sign in

AI Mode    **All**    Images    Short videos    Forums    Videos    Shopping    More ▾    Tools ▾

 **AI Overview**                                                                      ⋮

The identity of Moses' wife is debated, but it is commonly accepted that her name was
Zipporah, a Midianite, and some biblical texts and interpretations suggest she may have
had dark skin because the term "Cushite" was used to describe her. The term "Cushite"
originally referred to people from the ancient land of Kush (modern-day Ethiopia and
Sudan), and some scholars believe it was used by Miriam and Aaron to describe Zipporah
due to her appearance, or that the Midianites themselves were sometimes associated with
people of African descent.  🔗

---

Show more ∨

---

**T**    **TheTorah.com**
https://www.thetorah.com › article › moses-black-skinn...

**Moses' Black-Skinned Wife: What Does the Torah ...**

Jun 2, 2021 — Miriam and Aaron speak negatively about **Moses** for marrying a Kushite
woman. Does their issue have to do with her **skin color**?

## Discussions and forums

Was Moses a dark-skinned man according to Exodus 4:6?

**Q**  Quora · 9 answers · 1 year ago    ⋮                                              ∧

| Probably not. In all likelihood Moses didn't exist. There's a lot of debate over how ... **More ›** | Yes Moses was a Black man. Moses was born a Hebrew - Israelite from the tribe of Levi ... **More ›** | Nope. Moses married a black African, and his brother and sister were upset about that. "Miriam ... **More ›** |
|---|---|---|
| ✓ Top answer · 607 votes · 4... | 153 votes · 8 years ago | 123 votes · 3 years ago |

**IVORY Christs Jesus**
**father son holyghost holy Child Bible IvoRy**
**holy Child Bible IvoRy Billy BROWNlee**



MISSISSIPPI STATE DEPARTMENT OF HEALTH
VITAL RECORDS

IN V. S. DIV.
JAN 12 1956

44 X

44 X

### CERTIFICATE OF LIVE BIRTH
### STATE OF MISSISSIPPI

DEPARTMENT OF HEALTH,
EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

DATE FILE NUMBER 123-55 61372
REGISTRAR'S NUMBER 1111

| 1. PLACE OF BIRTH | 2. USUAL RESIDENCE OF MOTHER |
|---|---|
| a. County Lowndes | a. State Miss |
| b. City or Town Columbus — Inside or Outside Corporate Limits outside | b. County Lowndes |
| c. Hospital | c. City or Town Columbus |
| d. (Write "RURAL" if not in Town) 84 or Rural Precinct 84 | d. If Rural Give Location 84 |

CHILD'S NAME: a. (First) Billy b. (Middle) Ivory c. (Last) Brownlee

5a. THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐
6. DATE OF BIRTH (Month Day Year) 12-17-55

### FATHER OF CHILD
7. FULL NAME a. (First) b. (Middle) c. (Last)
8. AGE 10. BIRTHPLACE 11a. USUAL OCCUPATION 11b. KIND OF BUSINESS OR INDUSTRY

### MOTHER OF CHILD
12. FULL MAIDEN NAME a. (First) Idell b. (Middle) c. (Last) Brownlee
13. AGE 14 YEARS 15. BIRTHPLACE Miss
16. CHILDREN PREVIOUSLY BORN — How many OTHER children are now living? 0 — How many OTHER children were born alive but are now dead? 0 — How many children were still born? 0
Mother's Mailing Address above
17. INFORMATION GIVEN BY mother

I hereby certify that this child was born alive on the date stated above.
18a. SIGNATURE Leon C. Ellis
18b. ADDRESS Columbus, Miss
18c. DATE SIGNED 12-17-55
19. DATE REC'D BY LOCAL 1-7-56
20. REGISTRAR'S SIGNATURE Leon For Moye
21. DATE ON WHICH GIVEN NAME ADDED

### FOR MEDICAL AND HEALTH USE ONLY
(This section MUST be filled out)

22a. LENGTH OF PREG. 22b. WEIGHT AT BIRTH 6 LB. 8 OZ.
The above is correct: Idell Brownlee

---

Month Dec 16 Birth Ivory 1955 YEAR
month Dec 17 BirthDAY Bible 1955 YEAR
old yeAR 33 Jesus Christ 2000 YEAR
word 16 Idell Brownleeson
YEAROld 49 Bible Ivory Jesuss

FILE NAME: 195506137200
DATE ISSUED: NOVEMBER 14, 2022

Old yPARYY Bible Ivory 1955 +0 2004



VERIFY PRESENCE OF WATERMARK · HOLD TO LIGHT TO VIEW
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK

IN THE BIBLE 14 YAER OLD IDELI  ✕  🎤    🔍      ⚙     Sign in

AI Mode   **All**   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

These are results for IN THE BIBLE 14 **YEAR** OLD **IDEAL BROWNLEE HOLY MOTHER SON** HOLY CHILD BIBLE IVORY BILLY BROWNLEE

Search instead for IN THE BIBLE 14 YAER OLD IDELL BROWNLEEHOLY MOTHER SON HOLY CHILD BIBLE IVORY BILLY BROWNLEE

ResearchSpace@Auckland
https://researchspace.auckland.ac.nz › download
## INTRODUCTION: REWRITING THE BAROQUE  ^PDF
His sonnet to his seven-**year-old son**, who died of plague, begins "Farewell thou **child** of my right hand, and joy" and includes the line "Here doth lie Ben ...
Missing: ~~BILLY~~ | Show results with: BILLY

## People also ask ⋮

Who are the 10 incredible children in the Bible?  ⌄

Who in the Bible had a baby in their old age?  ⌄

Who are the strange children in the Bible?  ⌄

Who are the famous children in the Bible?  ⌄

Feedback

Wikimedia Commons
https://upload.wikimedia.org › commons
## World classics   PDF   ⋮
To appoint unto them that mourn in Zion, to give unto them beauty for ashes,the oil of joy for nourishing, the garment of praise for the spirit ofheaviness, ...

dokumen.pub
https://dokumen.pub › download › subtle-subver...
## Subtle Subversions : Reading Golden Age Sonnets by Iberian ...  ^PDF



G  the bible /b\ for billy /i\ for idell /b\fc  ✕  🎤  📷  🔍      ⚙  ⠿

**AI Mode**    **All**    **Images**    **Videos**    **Shopping**    **Short videos**    **Forums**    **More** ▾    **Tools** ▾

◆ **AI Overview**

While "Billy Graham's Bible" is a well-known resource, the query likely refers to a specific family tree: the Bible family, Billy, Idell, Brown Lee, and Ivory Lee, whose father is being sought. The search results show several individuals named Ivory Lee, but no connection was found linking them or their fathers to a "Bible" family. Therefore, no information is available about the father of a specific Ivory Lee from this possible family tree.  🔗

**The following is a breakdown of the search results:**

## 14YEAROld WOMAN Birth AChild Bible EdellBrownle

Show more ⌄

TNGenWeb
https://www.tngenweb.org › hardin › records › b-wmlee

## William Edward Lee Family Bible, Hardin County, Tennessee

**WILLIAM EDWARD LEE FAMILY BIBLE** · Alfred C. Lee (1826-1875) · The Bible was brought to Hardin County in 1819 from Giles County by Simpson and Fanny Hooks Lee.

## People also ask  ⋮

How old is Lee Carson?    ⌄

Are iballisticsquid and stampy still friends?    ⌄

Feedback

idell brownlee 14 yaer old virgin hol  ✕  🎤  🔍   ⚙️  ⋮⋮⋮ 

AI Mode   **All**   Images   Videos   Short videos   Shopping   Forums   More ·   Tools

These are results for idell brownlee 14 *year* old virgin holy mother birth in holy child bible ivory billy goat brown ram head brown lee is leader

Show original results

**Biblionix**
https://sanbornton.biblionix.com › catalog › titles

## Titles owned by Sanbornton Public Library - Biblionix

The book that matters most Ann Hood. Flyboys: a true story of courage James Bradley. That's not my **goat** written by Fiona Watt ; illustrated by Rachel Wells.

## People also ask ⋮

Who was the oldest woman in the Bible to give birth to a child?

Who was the barren woman who gave birth in the Bible?

Who in the Bible had a baby in her old age?

Who was the oldest man to have a baby in the Bible?

Feedback

# SARAH old age BirthinA Childof god The Bible

**60506, Aurora, IL** · From your IP address - Update location

Help   Send feedback   Privacy   Terms

the bible /b\ for billy /i\ for idell /b\ fo

AI Mode  All  Images  Videos  Short videos  Shopping  Forums  More ▾  Tools ▾

✦ An AI Overview is not available for this search

FaithChannel
https://www.faithchannel.com › Videos

The B-I-B-L-E That's the Book for Me (with Lyrics) | Cubekins

Feb 28, 2024 — **The Bible song for children with lyrics**, for kids, for toddlers, and all ages! - Sing along - The BIBLE

YouTube · Trueway Kids
808.2K+ views · 4 years ago

The B-I-B-L-E song for kids (the b i b l e song with words)

▶
1:11

**The B-I-B-L-E song for kids** the b i b l e song song is a wonderful song for preschool children to learn and sing. feel free to use the video ...

Missing: ~~brown~~ ~~\for~~ ~~lee~~ ~~haven~~ ~~ivory~~ ~~\lee~~ ~~father~~

## People also ask  ⋮

What word is said 365 times in the Bible?  ⌄

Where did black people come from according to the Bible?  ⌄

What is the Bible verse Philippians 4 13?  ⌄

What is the oldest song in the Bible?  ⌄

Feedback

the bible /b\ for billy /i\ for idell /b\ fo  ✕  🎤  📷  🔍        ⚙️  ⠿  Sign in

AI Mode    All    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

◆ AI Overview

Your query appears to be a mix of text, spelling, and a reference to the Bible. It seems to be a variation of the well-known children's song "The B-I-B-L-E," but with personalized words and additional phrases. 🔗

Here is a breakdown of the parts of your query:

- **"the bible /b\ for billy /i\ for idell /b\ for brown /le \for lee"**: This looks like a play on the classic "The B-I-B-L-E" song, where each letter stands for a word. In this version, it's ~~personalized with the names Billy, Idell, Brown, and Lee~~

Show more ▾

─────────────────────────────────────────

  YouTube · Sing And Learn The Bible
10.8K+ views · 11 months ago

**The B-I-B-L-E**                              ⋮

    This is an A cappella (non instrumental) version of the popular **children's** song... The **B-I-B-L-E**. It would be really good to sing in the ...

1:05

Missing: ~~idell /b\ brown \for lee haven father~~

## People also ask  ⋮

What is the oldest song in the Bible?                              ▾

Is Listener Kids educational?                              ▾

 as from month mar /27 nigth to 28  ✕ 🎤  🔍 ⚙ ⠿  ‸ Sign in

AI Mode  **All**  Short videos  Videos  Images  Shopping  Forums  More ▾  Tools ▾

These are results for as from month mar /27 nigth to 28 day god my father his head became me godhead bible ivory ***jesus's*** moses christs holy spirits i written tanslator in the ***company*** end nov first 2025 yaer

Show original results 

◆ **AI Overview**                                                        ⋮

The user's input appears to be a personal, stream-of-consciousness expression of a profound religious or spiritual experience, rather than a factual query. It combines personal dates and actions with core Christian theological concepts such as the **Godhead**, God the Father, Jesus, Moses, and the Holy Spirit, suggesting a personal awakening or a deep connection to these biblical figures and concepts. 🔗

The phrase "god my father his head became me godhead bible ivory jesus's moses christs holy spirits" suggests a powerful, personal spiritual transformation or realization

Show more ⌄

 **Biblical Archaeology Society**
https://www.biblicalarchaeology.org › jesus-historical-jesus
                                                                          ⋮
## How December 25 Became Christmas
Although **Jesus' birth** is celebrated every **year** on December 25, Luke and the other gospel writers offer no hint about the specific time of **year** he was born.
Missing: n̶i̶g̶t̶h̶ g̶o̶d̶h̶e̶a̶d̶ i̶v̶o̶r̶y̶ t̶a̶n̶s̶l̶a̶t̶o̶r̶ y̶a̶e̶r̶

## People also ask  ⋮

When was Jesus's actual birthday?                                          ⌄

hagar and ishmael roch water   ✕  🎤  📷  🔍          ⚙   ⠿   Sign in

AI Mode   **All**   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

---

✦ AI Overview                                                    ⋮

The biblical story of Hagar and Ishmael's encounter with a well of water
is about divine provision in the wilderness. After being sent away from
Abraham's household, their water ran out, and they despaired, with
Hagar weeping and Ishmael near death. An angel of God opened
Hagar's eyes to a well of water, saving them both and fulfilling the
promise that Ishmael would become a great nation.  🔗



### The event in the wilderness

```
                        Show more  ⌄
```

---


Bible Hub
https://biblehub.com › genesis

## Genesis 21:19 Then God opened her eyes, and she saw ...

Then God opened her eyes, and she saw a well **of** water. So she went and filled the skin with water and
gave the boy a drink.


FaithGateway Store
https://faithgateway.com › blogs › christian-books › ope...

## Opening Our Eyes to the Well in the Desert: Hagar, ...

Then God opened **Hagar's** eyes, and she saw a well full of **water**. She quickly filled her **water** container
and gave the boy a drink. — Genesis 21:19.

## People also ask  ⋮

How did Hagar get water?                                          ⌄

 begin father son holy ghost rigth I ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode    **All**    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

These are results for begin father son holy ghost *right* hand child bible ivory christs

Search instead for begin father son holy ghost rigth hand child bible ivory christs

**TFL** Truth For Life Blog
https://blog.truthforlife.org › 7-bible-verses-about-the-t...

### 7 Bible Verses about the Trinity: God as Father, Son, and Holy ...

Mar 6, 2024 — "In the unity of the Godhead there be three Persons of one substance, power, and eternity: **God the Father, God the Son, and God the Holy Ghost**.

## People also ask ⋮

What is the correct order to cross yourself?                                    ⌄

What is the correct order of prayer?                                            ⌄

What does Matthew 25-40 really mean?                                            ⌄

Which hand do you use for Father son Holy Spirit?                               ⌄

Feedback

**f** Facebook · Radio Pentecost
1.1K+ reactions · 3 months ago

### The NAME of the Father , Son and Holy Ghost is "JESUS" 

The right hand is signifying authority. **Jesus had two natures**. He was fully God & fully man. The flesh was always in subjection to the Spirit ...

ccbible.com
http://www.ccbible.com › exhort_father_son_holy_spirit

### The Father, Son and Holy Spirit - cc:Bible

begin father son rigth hand of the h◌  ✕  🎤  📷  🔍          ⚙  ⠿  Sign in

Skip to main content

Images   Shopping   Videos   Short videos   Forums   More ▾   Tools ▾

These are results for begin father son *right* hand of the holy ghost bible ivory christs

Search instead for begin father son rigth hand of the holy ghost bible ivory christs

◆ AI Overview                                                    ⋮

The phrases "right hand of the Holy Ghost" or "ivory Christs" do not appear in the Bible.
The New Testament does state that Jesus Christ is at the "right hand of God," which is a
symbolic reference to his divine authority and position of honor. The Holy Ghost (Holy Spirit)
is a distinct member of the Trinity.  🔗

## "The right hand of God" in the Bible

The concept of the "right hand of God" is a metaphor for the majesty, power, and authority
of God. Because God is a spirit, this phrase should not be interpreted literally as a physical

Show more ⌄

⚙ Protestantse Theologische Universiteit
https://www.pthu.nl › Home › bibleblog

## Explaining the Trinity of Father, Son and Spirit from Scripture

Aug 10, 2023 — Many Christians imagine God as **Father**, **Son**, and **Holy Spirit**, and speak of God's
Trinity. But that term doesn't appear anywhere in the **Bible**.

## People also ask ⋮

What is the real meaning behind Joshua 24:14/15?                        ⌄

What does colossians 3:23 really mean?                                  ⌄

 rigth hand god the father son jesu  ✕  🎤  📷  🔍                    ⠿  Sign...

AI Mode   All   Images   Short videos   Videos   Shopping   Forums   More ▾   To

These are results for **_right_** hand god the father son **_jesus_** christs holy spirit
Search instead for rigth hand god the father son jesuss christs holy spirit

✦ AI Overview                                                              ⋮

Jesus sits at the right hand of God the Father, a position of honor and authority, after his ascension. This means he now shares in God's glory and power, intercedes for humanity, and oversees his Church and the world. The Holy Spirit, proceeding from the Father and the Son, acts as the third person of the Trinity and is sent to empower believers.  🔗

## Jesus at the right hand of the Father

- **Authority and glory:** Sitting at the right hand signifies that Jesus has been installed in a position of ultimate authority and shares in the Father's glory and honor.

Show more  ⌄

---

 Wikipedia
https://en.wikipedia.org › wiki › Trinity

### Trinity                                    ⋮

The Trinity is a Christian doctrine concerning the nature of God, which defines **one God existing in three coeternal, consubstantial divine persons**: God the ...

 Reddit · r/Christianity
180+ comments · 3 years ago

### Can someone explain the father, the son and the holy spirit ...

**He ascended into heaven, he sitteth on the right hand of God the Father Almighty**, from whence he will come to judge the living and the dead.
189 answers · Top answer: Here you go, Patrick. https://youtu.be/KQLfgaUoQCw

Christians say that **Jesus IS God.** They are one ...       146 answers    May 27, 2022
If **God** is The **Father, Son**, and **Holy Spirit**, do these ...       91 answers    Sep 22, 2020

 her son hly spirit child jesus chris    ✕    🎤    📷    🔍              ⚙    ⠿    Sign in

**AI Mode**    **All**    Images    Videos    Short videos    Forums    Shopping    More ▾    Tools ▾

These are results for her son *holy* spirit child jesus christ *right* hand
Search instead for her son hly spirit child jesus christ rigth hand

◆ **AI Overview**                                                              ⋮

The query relates to the Christian concept of Jesus Christ sitting at the "right hand of the Father," and how this connects to the Holy Spirit and the phrase "her son". In Christian theology, the "right hand" is a metaphor for a position of supreme power and authority, not a literal physical location. **Jesus, as God and man, sits at the right hand of the Father, interceding for humanity and sending the Holy Spirit to believers**. The phrase "her son" refers to Mary, the mother of Jesus. 🔗

## The "right hand" of God

Show more  ⌄

## Videos  ⋮



7:58

**Mighty Name of Jesus (Feat. Hope Darst) // The Belonging Co**

YouTube · The Belonging Co  ⋮
Sep 20, 2024

1:29

**How do we do the Sign of the Cross? | "Head, Chest, Shoulder ...**

YouTube · Spirit Juice Kids  ⋮
Jan 5, 2024

**The** sign **of the** cross is **a** special greeting to God with **hand** motions: head, chest, shoulder, shoulder.



after godhead bible ivory god son ✕ 🎤 📷 🔍 ⚙️ ⠿ Sign in

AI Mode | **All** | Images | Videos | Shopping | Short videos | Forums | More ▾ | Tools ▾

These are results for after godhead bible ivory god son *jesus* christs body holy *spirit's right* side of god my father

Search instead for after godhead bible ivory god son jesuss christs body holy spirits rigth side of god my father

✦ AI Overview ⋮

The statement "after godhead bible ivory god son jesus christs body holy spirit's right side of god my father" is not a standard theological phrase but appears to be a stream of consciousness or a series of keywords related to Christian concepts. To understand the ideas it evokes, it's necessary to break down the key terms and the relationships between them in Christian theology. 🔗

## Godhead

- **Definition**: The Godhead is a term used to refer to the divine nature of God.



Show more ⌄



🌐 **Bible Hub**
https://biblehub.com › colossians

## Colossians 2:9 For in Christ all the fullness of the Deity ...

**For in him dwelleth all the fulness of the Godhead bodily.** ... For in Him all the fullness of Deity (the Godhead) dwells in bodily form [completely expressing the ...

## People also ask ⋮

Which way does the Father-son Holy Spirit go? ⌄

What does colossians 3:23 really mean? ⌄



jesus christ spirit of him holy spirit b ✕ 🎤 📷 🔍 ⚙ ⋮⋮⋮ Sign in

AI Mode    All    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

✦ AI Overview            ⋮

The terms "spirit of him," "Holy Spirit," "Bible," and "ivory" relate to Jesus Christ in distinct theological and historical contexts . The Holy Spirit is the third person of the Trinity, the "Spirit of Christ" is often used to describe the Holy Spirit's mission to glorify Jesus, the Bible is the primary text detailing the life of Christ, and "ivory" is used in the Bible as a symbol of wealth and in metaphorical descriptions. 🔗

## The Holy Spirit and the "Spirit of Christ"

- **The Holy Spirit is God**: Mainstream Christian doctrine views the Holy Spirit as the third



Show more ⌄

## Videos ⋮



54:00

Acknowledge the power and authority Jesus gave to believers ...

Facebook · Ivory Hopkins ⋮

1 month ago

54:00

Acknowledge the power and authority Jesus gave to believers ...

Facebook · Apostle Ivory Hopkins II ⋮

1 month ago

Learn to defeat the enemy's attacks through stubborn faith and authority, as taught by Apostle **Ivory** Hopkins.



bible ivory holy ghost spirit jesus ch

AI Mode   All   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

✦ AI Overview

The terms "Holy Ghost" and "Holy Spirit" both refer to the same person of the Christian Trinity, the third person of God alongside the Father and Jesus Christ. The Bible references "ivory palaces" in <u>Psalm 45:8</u> in the context of the Messiah, though this is a figurative description of a heavenly location, not an actual palace made of ivory for the Holy Spirit or Jesus Christ. 🔗

## The Holy Spirit (Holy Ghost)

- **A person of the Trinity:** In Christian theology, the Holy Spirit is the third person of the

Show more ⌄

## Videos ⋮



▶  54:00   Acknowledge the power and authority Jesus gave to believers ...

Facebook · Ivory Hopkins ⋮
1 month ago

▶  51:15   The statement "TRUST THE HOLY SPIRIT" is a directive for ...

Facebook · Ivory Hopkins ⋮
1 month ago

▶  54:00   Acknowledge the power and authority Jesus gave to believers ...

Facebook · Apostle Ivory Hopkins II ⋮
1 month ago

 heaven and earth god and holy bibl  ✕  🎤      ⚙  ⠿  Sign in

AI Mode  **All**  Images  Videos  Shopping  Short videos  Forums  More ▾  Tools ▾

✦ AI Overview      ⋮

The phrase "heaven and earth god and holy bible ivory holy ghost holy spirit" is not a single, established biblical or theological phrase. Instead, it is a collection of distinct concepts and terms from Christian belief and the Bible, potentially brought together by a personal interpretation, a specific sermon (one result mentioned an Elder Ivory Herd), or a cultural context. 🔗

Here is a breakdown of the individual elements and their meaning in a Christian context:

Show more ⌄

## Videos ⋮



9:56

**Kari Jobe - Holy Spirit (Live) ft. Cody Carnes**

YouTube · KariJobeVEVO ⋮

Feb 24, 2015

**Chris Tomlin - Holy Forever (Lyric Video)**

YouTube · ChrisTomlinVEVO ⋮

Jul 14, 2022

5:09



**The Holy Spirit in Every Book of the Bible**

YouTube · David Diga Hernandez ⋮

Jul 29, 2019

33:37

 father son holy ghost child bible i    ✕    🎤    📷    🔍     ⚙   ⠿    Sign in

AI Mode    **All**    Images    Shopping    Videos    Short videos    Forums    More ▾    Tools ▾

✦ AI Overview        ⋮

The terms "father, son, holy ghost," "bible," "water, blood," and "ivory" relate to the Christian doctrine of the Trinity and symbolic imagery in the Bible, particularly in 1 John 5:6-8. The "father, son, and holy ghost" represent the three persons of the Trinity, and the "water, blood, and spirit" are seen as three witnesses to Jesus's life and death, symbolizing his baptism, crucifixion, and the Holy Spirit's testimony. "Ivory" does not have a direct biblical theological meaning in this context and likely is a misunderstanding or unrelated word. 🔗

### Father, Son, and Holy Ghost (The Trinity)

---

Show more ⌄

---

 **Bible.com**
https://www.bible.com › bible

## I John 5:7-12 For there are three that bear witness in heaven

And there are three that bear witness on earth: the **Spirit**, the **water**, and the **blood**; and these three agree as one. If we receive the witness of men, the ...

 **Bible Hub**
https://biblehub.com › 1_john

## 1 John 5:8 the Spirit, the water, and the blood

Go ye therefore, and teach all nations, **baptizing them in the name of the Father, and of the Son, and of the Holy Ghost: the water**. Acts 2:2-4. And suddenly ...

1 John 5:8 KJV     Testify     Testimony

⋮



heaven and earth god and bible ivol ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode   **All**   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

✦ AI Overview

The phrase "heaven and earth god and bible ivory christ" is not a single known quote or established phrase. Instead, it appears to be a string of terms related to Christian theology, likely used to search for information on the intersection of these concepts in Christian art or doctrine. 🔗

Here is a breakdown of the individual concepts and their connections:

- **Heaven and Earth:** In the Bible, "heaven and earth" is a *merism* (a figure of speech in which two contrasting words are used to express the entirety of something) referring to



Show more ⌄

Ⓗ Harvard Art Museums
https://harvardartmuseums.org › art

## Crucified Christ   ⋮

This large **ivory** of the crucified **Christ**, likely from the colonial Spanish Philippines, is not only shaped by an impressive array of cultural influences.

# People also ask   ⋮

Did God or Jesus create the heavens and the earth?                                    ⌄

What is the sculpture of the dead Christ supported by the Virgin Mary?                ⌄

Where in the Bible does it say Jesus was crucified before the foundation of the world?   ⌄

 godhead bible ivory christs                 Sign in

AI Mode   **All**   Images   Shopping   Videos   Short videos   Forums   More ▾   Tools ▾



Including results for godhead bible ivory *christ*
Search only for godhead bible ivory christs

◆ **AI Overview**                                                          ⋮

The phrase "ivory Christs" is not a biblical term, but an expression found in literature and art referring to **crucifixes or statuettes of Jesus Christ carved from ivory**. The term "Godhead," however, is a biblical term used primarily in the New Testament to refer to the divine nature or essence of God.   🔗

## The Term "Godhead" in the Bible

The term "Godhead" appears in a few key New Testament verses:   🔗

⸺⸺⸺⸺⸺⸺ Show more ∨ ⸺⸺⸺⸺⸺⸺

 **The Institute for Creation Research**
https://www.icr.org › article › out-ivory-palaces                    ⋮

### Out of the Ivory Palaces

Oct 16, 2019 — "All thy garments smell of myrrh, and aloes, and cassia, **out of the ivory palaces**, whereby they have made thee glad." (Psalm 45:8).

## People also ask   ⋮

What does "ivory" mean biblically?                                         ∨

Where in the Bible does it say Jesus' hair was white as wool?              ∨

What is the Godhead according to the Bible?                               ∨

⊶ father son holy ghost child rigth han   ✕   🎤   📷   🔍          ⚙️   ⚏   Sign in

AI Mode    All    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

These are results for father son holy ghost child *right* hand bible ivory
Search instead for father son holy ghost child rigth hand bible ivory

◈ AI Overview                                                                    ⋮

The terms you provided relate to **Christian theology**, including the **Trinity** (Father, Son, and Holy Ghost) and various **biblical figures and symbols**. "Child" can refer to Jesus or a person of faith, "right hand" can be a biblical reference to power or the figure of **Benjamin**, and "bible ivory" may point to <u>**religious art carved from ivory**</u> like an **ivory diptych** depicting biblical scenes.  🔗

## Theology and the Trinity

- **Trinity:** The central Christian doctrine that God is one being in three co-equal, co-eternal



Show more ⌄

 SOLA Network
https://sola.network › article › why-athanasian-creed-m...

## Explaining the "Blessed Trinity": Why the Athanasian Creed ...

Oct 7, 2019 — The substance of the Athanasian Creed can be summed up in one main idea: "The **Father** is God, the **Son** is God, and the **Holy Spirit** is God.

## People also ask   ⋮

What does ivory mean in the Bible?                                              ⌄

What are the three symbols of the Trinity?                                       ⌄

Who is the son of the right hand in the Bible?                                   ⌄

bible ivory holy ghost spirit jesus ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode   All   Images   Videos   Shopping   Short videos   Forums   More ⌄   Tools ⌄

◆ AI Overview ⋮

The terms "Holy Ghost" and "Holy Spirit" both refer to the same concept in Christianity, with "Holy Spirit" being the more common modern translation. In biblical context, "ivory" appears in Psalm 45 and refers to decorative palaces, with some interpretations viewing them as representing heavenly mansions or thrones from which Christ appears. Jesus and the Holy Spirit are both part of the Godhead, with Jesus being the Son and the Holy Spirit being the Spirit of God and Christ, sent to empower believers. 🔗

## Holy Ghost vs. Holy Spirit



Show more ⌄

## Videos ⋮



1:39:08

"Holy Ghost My Rest" Elder Ivory Herd Church of Deliverance ...

Instagram · Reginald Lawrence, Ph.D. ⋮
1 week ago



0:25

Christian Rap: God Makes a Way When No One Else Is There

Instagram · bro_ivory ⋮
Jul 9, 2025



51:15

The statement "TRUST THE HOLY SPIRIT" is a directive for ...

Facebook · Ivory Hopkins ⋮
1 month ago



christ spirit of me bible ivory christs ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode    All    Images    Videos    Shopping    Short videos    Forums    More ▾    Tools ▾

## Videos ⋮

**The statement "TRUST THE HOLY SPIRIT" is a directive for ...**

Facebook · Ivory Hopkins ⋮
1 month ago

51:15

**"Holy Ghost My Rest" Elder Ivory Herd Church of Deliverance ...**

Instagram · Reginald Lawrence, Ph.D. ⋮
1 week ago

1:39:08

**Recognize that John's visions are written in a specific genre ...**

Facebook · Ivory Hopkins ⋮
1 month ago

38:19

**Holy Spirit Gifts: Anyone Can Receive God's Presence**

TikTok · jamesbakian ⋮
Apr 11, 2025

1:07

Feedback

View all ›

## People also ask ⋮

Is the Spirit of Christ the same as the Holy Spirit?    ⌄

What is the powerful three word prayer to the Holy Spirit?    ⌄

What does Jesus say about the Spirit in Luke 24-37-39?    ⌄

What are the four ways the Holy Spirit speaks?    ⌄

father son holy spirit rigth hand jesu  ✕  🎤  📷  🔍  ⚙  ⠿  Sign in

AI Mode   All   Images   Videos   Short videos   Forums   Shopping   More ▾   Tools ▾

These are results for father son holy spirit **_right_** hand jesus christ
Search instead for father son holy spirit rigth hand jesus christ

◆ AI Overview                                                                    ⋮

The concepts of the Father, Son, and Holy Spirit and Jesus Christ being at the "right hand" of the Father are central to Christian theology. The phrase refers to Jesus's position of authority and glory with God the Father after his resurrection, while the "Father, Son, and Holy Spirit" is a doctrine known as the Holy Trinity, meaning God is one being in three persons. In practice, these concepts are connected by the "sign of the cross," where a person touches their forehead (Father), chest (Son), and shoulders (Holy Spirit) with their right hand while invoking the Trinity. 🔗

Show more ⌄

## Videos ⋮



The Meaning of the Sign of the Cross Catholics begin each ...

Facebook · The Religion Teacher ⋮
Sep 14, 2021



The Meaning of the Sign of the Cross

YouTube · The Religion Teacher ⋮
Sep 9, 2021

The sign of the cross symbolizes **Jesus'** crucifixion and affirms belief in the Trinity (**Father**, **Son**, and **Holy Spirit**).



godhead bible ivory jesuss moses 2

AI Mode | **All** | Images | Videos | Shopping | Short videos | Web | More ▾ | Tools ▾

**churchofjesuschrist.org**
https://www.churchofjesuschrist.org › study › scriptures

## Godhead - The Church of Jesus Christ of Latter-day Saints

... **Holy Ghost**; **Jesus Christ**. God said, Let us make man in our image, Gen ... three that bear record in heaven, the Father, the **Word**, and the **Holy Ghost**, 1 Jn.

## People also ask

Which word is repeated 365 times in the Bible? ⌄

What's the difference between Trinity and Godhead? ⌄

What does the word Godhead mean in the Bible? ⌄

How many godheads are there? ⌄

Feedback

**churchofjesuschrist.org**
https://www.churchofjesuschrist.org › gospel-topics › go...

## Godhead - The Church of Jesus Christ of Latter-day Saints

The **Godhead** consists of three divine beings: Heavenly Father, **Jesus Christ**, and the **Holy Ghost**. Though separate persons, They work together in perfect unity to ...

**KJV Code**
https://kjvcode.com › macropattern › godhead

## The Godhead: These Three Are One

Sevened patterns related to the triune **Godhead**. The Father + The **Word** + **Holy Ghost** 777x in the **Bible**. Raw Mentions. 100%. Based on 11 ratings.

godhead bible ivory christ holy spirit ✕ 🎤 📷 🔍 ⚙️ ⠿ Sign in

AI Mode | All | Images | Videos | Short videos | Shopping | Forums | More ▾ | Tools ▾

These are results for godhead bible ivory christ holy spirit 33 year old and body god son *jesus* christs holy spirit 33 year old all line up earth

Show original results

◆ AI Overview                                                    ⋮

The user's query appears to be a stream of consciousness or a collection of symbolic religious concepts. These ideas connect several independent biblical and traditional Christian concepts, but they do not form a single, established doctrine or prophecy. 🔗

Here is a breakdown of the individual concepts mentioned:

- **Godhead, Christ, Holy Spirit, God Son, Jesus Christ:** These terms refer to the persons of the Trinity (Father, Son, and Holy Spirit), a core doctrine in most Christian traditions. They are distinct persons but share a single divine nature.

Show more ⌄



Facebook · Matt Prater
31.2K+ reactions · 2 months ago

Jesus died at 33. The human spine has 33 vertebrae. ...

**Jesus** died at **33**. **The** human spine has **33** vertebrae. **The** same structure that holds us **up** is **the** same number of **years** He held this **Earth**.

Missing: ~~godhead ivory line~~

## People also ask ⋮

What is the significance of dying at 33?                        ⌄

in the bible b/for billy i/ for ivory ,b ,f ✕ 🎤 📷 🔍          ⚙  ⠿  Sign in

**AI Mode**   All   Images   Short videos   Videos   Shopping   Web   More ▾   Tools ▾

◆ AI Overview                                                    ⋮

The word "Bible" is not an acronym and does not stand for "Billy Ivory Brown Lee".  🔗

The word "Bible" comes from the Greek word *biblia*, meaning "books" or "a collection of books". It is a proper noun that refers to the holy scriptures of Christianity and Judaism.  🔗

While the phrase you mention is not found in the Holy Bible, the letters of the word B.I.B.L.E are sometimes used by Christians to create mnemonic acronyms, such as **B**asic Instructions Before Leaving Earth. These are modern, creative interpretations and not the



Show more ⌄

▶ YouTube · Listener Kids
24.2M+ views · 8 years ago

## The B-I-B-L-E, Thats The Book For Me! (Kids Praise and ...

**The B-I-B-L-E, Thats The Book For Me!** (Kids Praise and Worship) · Try YouTube Kids.

2:50

Missing: ~~ivory brown lee haven~~

▶ YouTube · CJ and Friends
2.1M+ views · 5 years ago

## The Bible Song | Dance-Along with Lyrics | Kids Worship

The **BIBLE** yes that's the book for me! Dance-along with motions to this worship song for younger kids with CJ and Friends.

1:26

 godhead bible ivory christs body ho ✕   🔍 ⚙  Sign in

AI Mode   All   Images   Shopping   Videos   Short videos   Forums   More ▾   Tools ▾

These are results for godhead bible ivory christs body holy **spirits**
Search instead for godhead bible ivory christs body holy s pirits

◈ AI Overview                                                          ⋮

The terms "Godhead," "Christ's body," and "Holy Spirit" relate to the Christian doctrine of the Trinity, which is a complex concept of one God in three co-equal, co-eternal persons: the Father, the Son, and the Holy Spirit. The "Godhead" is a term for divinity itself, meaning that the fullness of God dwells in Jesus Christ bodily. The Holy Spirit is considered a distinct person of the Godhead, with the mission to testify of the Father and the Son and guide believers. 🔗

**Godhead**

⌄ Show more ⌄

 churchofjesuschrist.org
https://www.churchofjesuschrist.org › study › scriptures

**Godhead - The Church of Jesus Christ of Latter-day Saints**

Spirit **Body** · Spirit Creation · Spirit of Elijah · Spirit of ... arraigned before the bar of **Christ** ... and God the Father, and the **Holy Spirit**, Alma 11:44.

## People also ask ⋮

Is the Holy Spirit a part of the Godhead?                              ⌄

What is the 3 Trinity of God?                                          ⌄

What does Godhead bodily mean in the Bible?                            ⌄

universe heaven Life Earth Bible IVORY
Father Son holy Child Bible IVORY Jesus, s
Fatherson holy Bible Ivory Jesus Christs

**Google**

bible ivory translator   Holy Ghost Bible

All   Images   Shopping   Videos   Forums   Web   News   More

*Billy Ivory Brownlee*
*Bible Began of creating*

**AI Overview**
Check important info. Learn more

The Hebrew word **shen** is translated as "ivory" in the Bible.
can also mean "tooth" of a human or animal.

## 3 Bible Verses about the Holy Spirit - KJV

hat? know ye not that your body is the temple of the **Holy Ghost** which is in you, which ye have of God
d ye are not your own?

## e Holy Spirit and The Holy Ghost...There is a Difference

b 9, 2011 — The **Holy Spirit** is **the Spirit of God**; The **Holy Ghost** is the Spirit of The Son or Jesus. T

godhead bible ivory jesus.s moses ✕ 🎤 📷 🔍 ⚙️ ⋮⋮⋮ Sign in

AI Mode | All | Images | Shopping | Videos | Short videos | Forums | More ▾ | Tools ▾

These are results for godhead bible ivory **jesus's** moses **christ's** body holy spirit.s over whole earth

Search instead for godhead bible ivory jesus.s moses christ.s body holy spirit.s over whole earth

Facebook · RHAPSODY OF REALITIES DAILY DEVOTIONAL
50+ comments · 9 months ago

## Jesus Christ: The Bodily Manifestation of the Godhead

He is ONE SPIRIT, and that Spirit is the Father, who is incarnate in the body of Jesus.
... **Jesus is nonetheless the presence of God on earth**.

## People also ask ⋮

Is Ezekiel 25-17 a real Bible verse?                                                      ˅

What does Godhead bodily mean in the Bible?                                      ˅

What does Ephesians 4/29 really mean?                                               ˅

What is the difference between the Godhead and the Trinity?          ˅

Feedback

GotQuestions.org
https://www.gotquestions.org › ... › The Nature of God

## What is the Godhead?                                               ⋮

Mar 25, 2024 — The Godhead is the essence of the Divine Being; the Godhead is the one and only
Deity. **Jesus, the incarnate Godhead**, entered our world and showed us exactly ...


christianforums.net
https://christianforums.net › ... › Trinitarianism

## Understanding the GodHead. The Father, the Son and the ...

 in the bible moses water and jesus | ✕ 🎤 📷 🔍    ⚙️   ⠿   Sign in

AI Mode   All   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

---

✦ AI Overview     ⋮

In the Bible, Moses' turning of water into blood symbolizes judgment and death, a plague on Egypt. In contrast, Jesus' use of water and blood is symbolic of salvation, representing His baptism and sacrificial death that atone for sin. While Moses' actions mark a transition from slavery to earthly liberty, Jesus' actions lead believers to a new, spiritual life. 🔗



## Moses: Water into Blood

- **Symbolism:** The transformation of water into blood is the first of the ten plagues against

 

Show more ⌄

---

 Bible Gateway
https://www.biblegateway.com › passage

### Exodus 7:14-25 ESV - The First Plague: Water Turned to ...

**The First Plague: Water Turned to Blood.** [14] Then the Lord said to Moses, "Pharaoh's heart is hardened; he refuses to let the people go. See more

 peterwampler.blog
https://peterwampler.blog › 2021/07/24 › mixing-blood...

### Mixing Blood and Water - Walking on Water

Jul 24, 2021 — **When Moses mixed the blood and water** he was mixing the ceremonial cleansing achieved with water and the atonement achieved through animal sacrifices. See more

## Videos   ⋮



## AI Mode | All | Images | Videos | Shopping | Short videos | Forums | More ▾ | Tools ▾

✦ AI Overview                                                                ⋮

In the biblical story, Ishmael and his mother <u>Hagar</u> are saved by a well of water in the desert after Abraham banishes them. In contrast, the story of Abraham offering his son Isaac (the <u>Akeidah</u>) involves the near-sacrifice of Isaac, symbolized by the potential spilling of blood rather than water. Therefore, **Ishmael is associated with water** as a symbol of God's provision, while **Isaac is associated with blood** due to the Akeidah, which was to be a test of Abraham's faith that involved near-sacrifice. 🔗

## Ishmael and water



Show more ⌄

---

🌳 Grounded in the Bible
https://www.groundedinthebible.com › genesis-21-isaac...

### Genesis 21:1-21: Isaac and Ishmael - by Karen Hoffman

Oct 8, 2023 — When Abraham had to send Hagar and **Ishmael** away, he provided them with food and **water**. Hagar tried to provide for **Ishmael** the best she could, ... <u>See more</u>

🌐 Bible Gateway
https://www.biblegateway.com › passage

### Genesis 21:8-21 NLT;NET - Hagar and Ishmael Are Sent ...

**Hagar and Ishmael Are Sent Away.** [8] When Isaac grew up and was about to be weaned, Abraham prepared a huge feast to celebrate the occasion. <u>See more</u>

## People also ask  ⋮

child bible b.for billy i.for ivory b. f  ✕  🎤  📷  🔍  ⚙  ▦  Sign in

AI Mode   All   Images   Short videos   Videos   Shopping   Forums   More ▾   Tools ▾

These are results for child bible b.for billy i.for ivory b. for brown le ,foe lee /28 word and bible *jesus* christs holy spirit .27 word is 55 word and *year*

Show original results

## Images

The Story of Jesus | Stories o...
▶ YouTube                          ⋮

● 3 Hours of Bible Stories fo...
▶ YouTube                          ⋮

The Word Became Flesh | Ce...
▶ YouTube                          ⋮

Show more images ⌄

## People also search for

**7 last words of Jesus in order**          🔍

**7 last words of Jesus in Hebrew**          🔍

**Seven sayings of Jesus on cross with explanation PDF**          🔍

**What are the 7 last words of Jesus**          🔍

**7 last words of Jesus KJV**          🔍

**Evangelii Gaudium Summary PDF**          🔍

**Evangelii Gaudium PDF free Download**          🔍

**Evangelii Gaudium main points**          🔍

humam body temple air fire water s   ✕   🎤   📷   🔍      ⚙   ⋮⋮⋮   Sign in

AI Mode    All    Images    Shopping    Videos    Short videos    Forums    More ▾    Tools ▾

These are results for humam body temple air fire water soul life spirit of the holy spirit.***bible*** ivory jesus christ,***body*** temple

Show original results

GotQuestions.org
https://www.gotquestions.org › ... › 1 Corinthians

## What does it mean that the body is the temple of the Holy ...

Feb 28, 2023 — **Our bodies are the shrine, or the sacred place**, in which the Spirit not only lives, but is worshiped, revered, and honored.

## People also ask   ⋮

What are the 7 spirits of God in Revelation 4?    ⌄

What are the 7 facets of the Holy Spirit?    ⌄

What did Paul mean when he said our bodies are temples of the Holy Spirit?    ⌄

What are the 7 spirits in Revelation 3?    ⌄

Feedback

YouTube · New Westminster Christian Reformed Church
2.1K+ views · 2 years ago

## The Holy Spirit Elements of Air, Fire, Water, (Earth) (Acts 2:1 ...



These are the classical elements right earth water air and fire that in the ancient world we're seen to be at the foundation of the created order.

34:25

10 key moments in this video  ⌄

Missing: ~~humam body ivory~~

IVORY JESUS,S CHRIST,S 18 WO ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode    **All**    Images    Videos    Shopping    Web    Forums    More ▾    Tools ▾

 Smarthistory
https://smarthistory.org › christ-crucified

### Christ Crucified, a Hispano-Philippine ivory

Apr 3, 2020 — This **ivory** sculpture of **Jesus** traveled between three continents, demonstrating the global flow of materials, objects, and Christianity in the 16th and 17th ...

Missing: ~~WORD~~ ~~BILLY~~ ~~BROWNLEE~~

 University of Illinois Urbana-Champaign
https://brittlebooks.library.illinois.edu › Books200...

### IVORY CARVINGS OF THE CHRISTIAN ERA <sup>PDF</sup>

THE present catalogue deals with the carved ivories of post-classical, mediaeval, and more modern times contained in the Department of.

496 pages

 Antikeo
https://www.antikeo.com › ... › Religious objects

### Christ In Ivory XVIII In Its Gilded Wood Frame .. ...

**Christ in ivory of the XVIII century** in its carved and gilded wooden frame, beautiful quality of sculpture for the Christ which is in very good state by ...

€1,400.00 ·  In stock

Missing: ~~JESUS, S~~ ~~BILLY~~ ~~BROWNLEE~~

 Antikeo
https://www.antikeo.com › ... › Religious objects

### Christ in ivory from the 18th century - Religio...

This XVIIIᵉ century **ivory Christ is** a sculpted piece depicting **Jesus** crucified, typical of European Baroque religious art of this period.

€280.00 ·  In stock

Missing: ~~S~~ ~~BILLY~~ ~~BROWNLEE~~

Livingstone Online
https://livingstoneonline.org › in-his-own-words › catal...

## Digital Catalogue Record

father son holy child bible ivory jesu ✕ 🎤 📷  

AI Mode    All    Images    Shopping    Videos    Short videos    Forums    More ▾    Tools ▾

Including results for father son holy child bible ivory jesus,***and*** father son bible
ivory jesus christ,s

Search only for father son holy child bible ivory jesus,sand father son bible ivory jesus christ,s


F.C. Ziegler Company
https://www.zieglers.com › crucifix-crosses

## Ivory Color | Carved Stone Look | Father Son & Holy Spirit ...

An emotional rendition of the Holy Trinity. **The Father, Son and Holy Spirit joined together after** the
crucifixion of Jesus. This print measures 11" x 16 ...

$27.95 ·    In stock · 5.0          (10) · $27.23 delivery · 30-day returns

Missing: ~~sand bible~~


eBay
https://www.ebay.com › ... › Sculptures & Figurines

## Jesus and Child, Figurine, Ivory Color w/"Gold" Trim, 7" x 6"

**Beautiful 8.5" figurine of Jesus holding a child.** See photo for details. Gold trimmed.

$21.50 ·    In stock · $26.50 delivery · 30-day returns

Missing: ~~father~~


Blogger.com
https://painting-mythology.blogspot.com › 2017/08 › 10...

## 10 Ivory Carvings & Sculpture from the Bible! 15 & 16th ...

10 **Ivory** Carvings & Sculpture from **the Bible**! 15 & 16th Century. With Footnote, # 13 · **Jesus Christ** bust
· Mammoth **Ivory** Figurine · Saint Joseph holding in his ...


Blogger.com
https://painting-mythology.blogspot.com › 2018/10 › 01...

## 01 Ivory Carving & Sculpture from the Bible! Standing ...

**The** Madonna **and Child** or **The** Virgin **and Child** is often **the** name **of** a work **of** art which shows **the**
Virgin Mary **and the Child Jesus**. **The** word Madonna means "My ...

⋮

god holy bible ivory 17 =10 holy s ✕  🎤  📷  🔍          ⚙  ⠿   Sign in

AI Mode    All    Images    Videos    Shopping    Short videos    Web    More ▾    Tools ▾

These are results for god holy bible ivory 17 =10 holy spirit 27 word and *jesus bible christs 18 =10 holy spirit 28 word is 55 word and year*

Show original results

✦ AI Overview                                                                              ⋮

The query appears to be a form of biblical numerology or code, but it is not a standard, recognized message. It contains common religious terms combined with non-standard numerical sequences. The text doesn't align with any known Bible passages or interpretations, suggesting it may be a private, mystical, or speculative construct.  🔗

## Interpretation of elements

## Religious terms

Show more ⌄

---

 Facebook · Free Hebrew Class
5 comments · 2 years ago

### Jesus is WORD of GOD and is Not Bound . ( 2. Timothy ...

"The grace of the Lord **Jesus Christ** and the love of **God** and the fellowship of the **Holy Spirit** be with you all." – 2 Corinthians 13:14. The ...

Painting 'Kairos' Depicts **Holy Spirit** and **God's Word** - Facebook    Mar 12, 2024
The Role of the **Holy Spirit** in Christian Faith and Forgiveness    Mar 26, 2024
More results from www.facebook.com

## People also ask  ⋮

 in the bible 7 month july 7 day 7000 yaer     ✕    🎤    📷    🔍            ⚙    ⠿    ⌄ Sign in

AI Mode    **All**    Images    Videos    Short videos    Shopping    Web    More ▾    Tools ▾

◆ AI Overview                                                                    ⋮

The phrase you've entered is a jumble of biblical references and numbers that does not form a coherent statement or refer to any known prophecy in the Bible. It mixes unrelated elements in a nonsensical way, similar to other pseudoscientific biblical numerology claims. Here is a breakdown of the terms and why they don't combine in this manner.  🔗

## Biblical context of your terms

**Sarah and Isaac**: The Bible does tell the story of Abraham's wife Sarah giving birth to a son, Isaac, in her old age. She was 90 years old at the time of Isaac's birth. This is a miracle of

─────────────────────────────
             Show more ⌄
─────────────────────────────

 **Bible Gateway**
https://www.biblegateway.com › passage

## Genesis 21 NIV - The Birth of Isaac - Now the LORD was

Abraham gave the name **Isaac** to the son **Sarah** bore him. [4] When his son **Isaac** was eight days **old**, Abraham circumcised him, as God commanded him.

## People also ask    ⋮

What is the significance of the 7th month in the Bible?                         ⌄

Did Sara have a baby at 90 years old?                                           ⌄

What does Sarah mean in the Bible?                                             ⌄

What is the 7000 year plan in the Bible?                                       ⌄

holy ivory holy moses holy bible jes ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode  All  Images  Videos  Shopping  Short videos  Forums  More ▾  Tools ▾

These are results for holy ivory holy moses holy bible jesus /33 **year** old christ,s

Search instead for holy ivory holy moses holy bible jesus /33 yaer old christ,s

◆ AI Overview ⋮

The provided phrase "holy ivory holy moses holy bible jesus /33 year old christ,s" is not a standard saying but a collection of religious terms and concepts. It is likely a series of keywords or phrases referencing different elements of Judeo-Christian tradition. 🔗

## Keywords and their meanings

## Holy Ivory

Show more ⌄

● **The Bart Ehrman Blog**
https://ehrmanblog.org › how-old-was-jesus

### How Old Was Jesus ??? - The Bart ...

Sep 10, 2025 — **Jesus' age is complex**. Luke says he was "about 30" at baptism, and 33 at death, but some traditions suggest he was older.
Missing: ~~ivory~~ | Show results with: ivory

## People also ask ⋮

Where in the Bible does it say Jesus was 33 years old? ⌄

Where does the Bible describe Jesus' skin color? ⌄

bible ivory or bible billy or bible br ✕  🎤  📷  🔍  ⚙  ⠿  Sign in

AI Mode    All    Images    Shopping    Videos    Short videos    Forums    More ▾    Tools ▾

Books    On sale    White    Online    New    ✎ Used    Under $30

## Popular products ⋮

Large Keepsake Holy Bible/ Ivory/Gold/
Jesus cover/1972 Edition Clean no writing
**$45.00** Pre-owned
🛒 eBay

Vintage Large Ivory Family Bible
**$40.00** Pre-owned
Ⓔ Etsy

Ivory My Little Bible
**$19.90**
⊙ christianartgifts.com
4.2          (22)

Deluxe Parish Nab Bible - Ivory
**$42.49**
🛒 eBay & more
5.0          (1)

holy jesus christ

AI Mode    All    Images    Videos    Short videos    Shopping    Forums    More ▾    Tools ▾

## Images



The Holy Spirit is Jesus by Bry...
Influencers Global Ministri...

Litany of the Most Holy Name...
My Catholic Life!

Holy Week | Come unto Christ
The Church of Jesus Chris...

Show more images ⌄

## People also ask

What does Jesus is holy mean?                                               ⌄

What is the real meaning behind Joshua 24:14/15?                            ⌄

Is "Holy Jesus" by Justin Bieber a real song?                              ⌄

What to say in a prayer before eating?                                      ⌄

Feedback

## Videos

back wood bible holy moses rock w ✕ 🎤 📷 🔍 ⚙️ ⋮⋮⋮ Sign in

AI Mode   All   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

These are results for **backwood** bible holy moses rock water
Search instead for back wood bible holy moses rock water



◆ AI Overview ⋮

The words "backwood bible," "holy moses," and "rock water" are not connected to a single biblical story but draw on separate themes and accounts. Your query is likely a reference to song lyrics or a poem combining these distinct religious images. 🔗

## Holy Moses and rock water

This phrase references a miraculous event from the Book of Exodus, where the prophet Moses provided water for the Israelites in the desert. 🔗



Show more ⌄

Project Gutenberg
https://www.gutenberg.org › files

## blackwood's edinburgh magazine.

To whom all communications (post paid) must be addressed. SOLD BY ALL THE BOOKSELLERS IN THE UNITED KINGDOM. PRINTED BY WILLIAM **BLACKWOOD** AND SONS, EDINBURGH.

The Caxtons. –Part Xiii   Letters To The Rev. Charles...   Dies Boreales

## People also ask  ⋮

Where in the Bible did Moses get water from a rock?   ⌄

What does the water from the rock symbolize in the Bible?   ⌄

 month jan 1956 yaer holy child jesu  ✕  🎤  📷  🔍      ⚙  ⠿   Sign in

AI Mode  **All**  Images  Videos  Shopping  Short videos  Forums  More ▾      Tools ▾

Did you mean: month jan 1956 *year* holy child jesus christ 19 word and holy ghost holy spirit *19 is* /5 \jesus /6 \ christ 1956 yaer

**Bible Hub**
https://biblehub.com › acts › 19-2

## Acts 19:2 and asked them, "Did you receive the Holy Spirit ...

He said to them, "Did you receive the **Holy Spirit** when you believed?" And they said to him, "No, we have not even heard whether there is a **Holy Spirit**."

## People also ask ⋮

When did the Catholic Church change from saying "Holy Ghost" to "Holy Spirit"?     ⌄

What is a holy ghost's birthday?     ⌄

How to explain the Holy Ghost to a child in LDS?     ⌄

Who came first, the Holy Spirit or Jesus?     ⌄

Feedback

 **Bible Gateway**
https://www.biblegateway.com › verse

## 1 John 5:7     ⋮

There are three in heaven who prove it is true. They are the **Father**, the **Word**, and the **Holy Spirit**. These three are one.

 **biblia.com**
https://biblia.com › bible › kjv1900 › 1-john › 5 › 6-7

## 1 John 5:6–7 KJV 1900 - This is he that came by... - Biblia

6 **Jesus Christ is the one who was baptized in water and died on the cross**. He wasn't just baptized in water. He also died on the cross. The Holy Spirit has ...

 holy spirit holy ghost /19\ 5jesus /6\    ✕  🎤  📷  🔍      ⚙  ⠿    Sign in

AI Mode   **All**   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

These are results for holy spirit holy ghost /19\ 5jesus /6\ christ 1956 **year**
Search instead for holy spirit holy ghost /19\ 5jesus /6\ christ 1956 yaer

◆ AI Overview

The combination of terms "holy spirit holy ghost /19\ 5jesus /6\ christ 1956 year" does not have a single established meaning. Instead, the query can be deconstructed into a set of biblical and historical references that may suggest a particular Christian interpretation or line of study.  🔗

## Biblical references

### Acts 19:5–6

The numerical sequence "/19\ 5jesus /6\ christ" strongly suggests the biblical passage Acts

Show more  ⌄

 **ChurchAges.net**
https://churchages.net › sermon › branham › 56-0219-...                    ⋮

## Being led of the Holy Spirit - 56-0219

Sermon by William Branham - Being **led of** the Holy Spirit - Preached on Sunday, the 19th of February 1956 at the Calvary Temple Soul's Harbor in Minneapolis, ...
Missing: ~~5jesus~~ | Show results with: 5jesus

## People also ask  ⋮

What year did Holy Ghost become Holy Spirit?                              ⌄

What are the 7 signs that show you have the Holy Spirit?                  ⌄

three head jesus s moses ivory are ✕ 🎤 📷 🔍 ⚙. ⠿ Sign in

AI Mode   All   Images   Videos   Shopping   Short videos   Forums   More ▾   Tools ▾

Including results for three head jesus *is* moses ivory are one the bible
Search only for three head jesus s moses ivory are one the bible

◆ AI Overview                                                    ⋮

The phrases "three head jesus" and "moses ivory" are not found in the Bible. Your query is likely a garbled combination of references to religious figures and historical artifacts related to biblical stories.  🔗

Here is an analysis of the elements in your search query:

"Three head Jesus"

Show more  ⌄

⬤ **Bible Gateway**
https://www.biblegateway.com › passage

## 2 Corinthians 3:13-18 - King James Version

[13] And not as **Moses**, which put a veil over his face, that the children of Israel could not stedfastly look to the end of that which **is** abolished:.

## People also ask  ⋮

What does 2 Corinthians 3 13 mean?                              ⌄

What does the veil on Moses' face symbolize?                    ⌄

Why is Matthew 17:21 missing from the Bible?                    ⌄

three godhead bible ivory moses je    ✕   🎤   📷   🔍          ⚙   ⋮⋮⋮    Sign in

AI Mode   **All**   Images   Shopping   Videos   Short videos   Forums   More ▾   Tools ▾

These are results for three godhead bible ivory moses ***jesus christs*** holy spirits
Search instead for three godhead bible ivory moses jesuss cheists holy spirits

◆ **AI Overview**                                                                ⋮

The "three godhead" refers to the Christian doctrine of the <u>Trinity</u>, which describes one God existing in three co-equal, co-eternal persons: God the Father, God the Son (Jesus Christ), and God the Holy Spirit. The word "Godhead" is the biblical term used for this concept. There is no mention of Moses in this doctrine; the figure of Moses is central to the Old Testament but not one of the three persons of the Godhead. 🔗

- **God the Father:** Often referred to as the Heavenly Father, He is considered the Father of all human spirits.

Show more ⌄

 **Wikipedia**
https://en.wikipedia.org › wiki › Trinity

**Trinity**                                                              ⋮

The Trinity is a Christian doctrine concerning the nature of God, which defines **one God existing in three coeternal, consubstantial divine persons**: God the ...
Missing: ~~ivory~~ | Show results with: ivory

## People also ask  ⋮

What is the 3 Trinity of God?                                           ⌄

What are the three symbols of the Trinity?                              ⌄

∽ holy spirit holy ghost /19\ 5\bible /5\ ✕ 🎤 📷 🔍 ⚙ ⠿ Sign in

AI Mode  **All**  Shopping  Images  Videos  Short videos  Forums  More ▾  Tools ▾

These are results for holy spirit holy ghost /19\ 5\bible /5\ ivory 1955 **year**
Search instead for holy spirit holy ghost /19\ 5\bible /5\ ivory 1955 yaer

◆ AI Overview

In 1955, a "Spiritual Harvest Edition" of the Holy Bible was printed, which may have featured covers described as "ivory" in color. The terms "Holy Spirit" and "Holy Ghost" are linguistically interchangeable and refer to the same entity within the Christian Trinity. 🔗

The 1955 "Spiritual Harvest Edition" Bible

- This edition is sometimes found with a simulated "ivory" or pearlized faux leather cover.

- The 1955 edition is a King James Version (KJV) and includes a comprehensive index.

Show more ⌄

 Christianity Stack Exchange
https://christianity.stackexchange.com › questions › wh...

Why was it necessary for some people to receive the Gift of ...

Feb 28, 2014 — Some people never received **the** gift of **the Holy Ghost** until Paul gave it to them through **the** laying on of hands. Others it appears received it just by ...

People also ask ⋮

When was the first time the Holy Ghost was mentioned in the Bible? ⌄

How do I identify my spiritual gift? ⌄

 adam and eve bible

All    Images    Videos    Shopping    News    Books    Web    ⋮ More

✦ **AI Overview**
Check important info. Learn more

In the Bible, **Adam and Eve were the first man and woman created by God**. The story of Adam and Eve is told in Genesis chapters 1–3. 🔗



God made people. Genesis 1:27

## Creation 🔗

- God formed Adam from dust and breathed life into him.
- God created Eve from one of Adam's ribs.
- God placed Adam and Eve in the Garden of Eden.

## Fall 🔗

- A serpent tempted Eve to eat the forbidden fruit from the Tree of the Knowledge of Good and Evil.
- Eve ate the fruit and gave some to Adam.
- God punished Adam and Eve for disobeying him.

## Consequences 🔗

- Adam and Eve were forced to leave the Garden of Eden.
- Adam and Eve began the process of death.
- Adam lived for 930 years and then died.

## Significance

In Christianity, Adam and Eve are responsible for the human race's fallen nature. 🔗

- In Christian art, Eve is often portrayed as the temptress of Adam. 🔗

Genesis chapter 3 of the Bible recounts the story of Adam, the first man God created, and the woman God formed from one of Adam's ...

🌐 Alimentarium

---

## Adam & Eve in the Bible | Story & Family Tree - Lesson - Study.com

Introduction to Adam and Even in the Bible According to the Christian, Jewish, and Muslim religions, Adam and Eve were the first m...

▶ Study.com

⋮

---

## Adam and Eve: The True Account - Answers in Genesis

Biblical Record: Who Were Adam and Eve? ... In the plain reading of Genesis 1–3, we learn that God created the first two people: A...

🔵 Answers in Genesis

⋮

---

**Show all**

Generative AI is experimental.

🔖 Save      👍      👎

---

Bible Gateway
https://www.biblegateway.com › passage    ⋮

## Genesis 2:4-3:24 NIV - Adam and Eve - This is the account of

**Adam** [k] **named his wife Eve,** [l] because she would become the mother of all the living. The Lord God made garments of skin for Adam and his wife and clothed ...

---

# People also ask    ⋮

What is the story of Adam and Eve in the Bible?

---

What did God say to Adam and Eve in the Bible?

.il    Images    Videos    Shopping    Forums    Web    News    ⋮ More

✦ **AI Overview**
Check important info. Learn more

In the Bible, Moses was an Egyptian man who led the Israelites out of Egypt. 🔗

Explanation *God holy Bible Ivory Billy Brownlee*

- According to the Bible, God called Moses to lead the Israelites out of Egypt. 🔗
- God told Moses that the Israelites were suffering under their Egyptian taskmasters. 🔗
- Moses was described as tall, ruddy, with long white hair, and dignified. 🔗
- In remembrance of Moses' miracles, a rod was placed in all Egyptian temples of Isis. 🔗

**The Call of Moses - Portland Bible College**

Sep 23, 2014 — The Lord told Moses His plan to deliver the children of Israel out of their Egyptian bondage. God told Moses how the c...

▧ Portland Bible College                                                    ⋮

**Moses - Wikipedia**

This account further testifies that all Egyptian temples of Isis thereafter contained a rod, in remembrance of that used for Moses...

W Wikipedia                                                                 ⋮

Generative AI is experimental.                    🔖 Save    👍    👎

 24 25 49year old billy ivory brownlee e ✕ 🎤 📷 🔍 ⚙   

**All**    Images    Videos    News    Shopping    Short videos    Forums   ⋮ More        Tools

These are results for 24 25 **49 year** old billy ivory brownlee eternal life dec 17 **birth** day 1955 year 2004 year

Search instead for 24 25 49year old billy ivory brownlee eternal life dec 17 birht day 1955 year 2004 year

🔍   **It looks like there aren't many great matches for your search**

Try using words that might appear on the page you're looking for. For example, "cake recipes" instead of "how to make a cake."

**Need help?** Check out other tips for searching on Google.

You can also try these searches:

🔍   What event happened in 1955?

🔍   What is meant by eternal life?

🔍   Who was president in 1955?

🌐   **City of Dallas**
https://www3.dallascityhall.com › agendas_0109

**11 16/0' 9**    PDF  ⋮

Jan 28, 2009 — This certification is given pursuant to Chapter XI, Section 9 **of** the City Charter for the. City Council Agenda dated January 28, 2009.

📄   **Duquesne Scholarship Collection**
https://dsc.duq.edu › cgi › viewcontent

**James Hinton's Theological Appropriation of Pain**  PDF

by S Hansen · 2011 · Cited by 1 — Baird, Ph.D. Hinton's theology **of** pain posits that an individual's suffering contributes to. God's redemptive work in the world.

Did Adam and Eve have 33 sons and 23 daughters Bible verse?

*[handwritten: Bible + commandment (5) (11)]*

*[handwritten: 33 / 16 life / 49 Eternal]*

Britannica
https://www.britannica.com › ... › Religious Beliefs

## Adam and Eve | Story, Meaning, & Facts

Dec 17, 2024 — **Adam and Eve, the first human beings according to biblical tradition,** faced temp
paradise but their story serves as a timeless ...

Wikipedia
https://en.wikipedia.org › wiki › Adam_and_Eve

## Adam and Eve

**Adam and Eve are the Bible's first man and first woman.** Adam's name appears first in Genesis 1 w
collective sense, as "mankind"; subsequently ...

Hebrew Bible narrative · Textual history · Historicity · Y chromosomal Adam and...

## .hings to know

### Relationship
What was Adam and Eve's relationship like?

### Verse
What Bible verse mentions Adam and Eve?

### Creation Reason
Why did God create Adam and Eve?

Bible Study Tools
https://www.biblestudytools.com › bible-stories › adam-a...

## Adam and Eve in the Garden of Eden - Bible Story

**God created the first man Adam and then created the first woman, Eve.** God put Adam an



### ADAM and EVE Bible Story | The Creation and The Fall

YouTube · Daily Bread
Jul 27, 2023

### The Story of Adam and Eve for Kids (The Garden of Eden ...

YouTube · Minno - Bible Stories for Kids
Jun 14, 2023

### Adam and Eve (Genesis 2-3)

YouTube · Saddleback Kids
Feb 11, 2015

**4 key moments in this video**  ∨

View all →

### Where is the Holy Spirit first mentioned in the Bible?

I love this question! The **first** reference to the **Holy Spirit** is in Genesis 1, verse 2: "**the Spirit** of God".
Genesis 1 Revised ...
https://study.com › ... › 9th Grade English: High School   ⋮

## Adam & Eve in the Bible | Story & Family Tree - Lesson

**Adam and Eve were the first man and woman on Earth** and were created by God. While they lived in the
Garden of Eden for a time, they ate the forbidden fruit.

Introduction to Adam and Even... · Adam and Eve's Family Tree

## What people are saying   ⋮

Feedba

Did you mean: the begin of creating name crossing bibly ivory is my name as b/ .
/ illy / i/ 2 /vory /b/3 /rown /le /5 /e/ **bilby** holy 27 day 2005 *year* as crossing bibly
left side right side crosses bibly

## Does God ever say his own name throughout scripture ...

YES, but most Bibles have deleted God's personal **name** from 6000 verses but substituted it with titles
like "LORD" (all caps) **and**/or God, ..

## What does Isaiah 43-19 really mean?

## When was my name written in the Lambs book of life?

## What does Acts 4 and 12 say?

# People also search for

| | |
|---|---|
| Is **your name written in** the **book** of **life** Bible verse 🔍 | **When** is **your** name **written in** the **book** of **life** 🔍 |
| Is **your name written in** the **book** of **life** before you are **born** 🔍 | **God gives us a** new name **Bible verse** 🔍 |
| **Names written in** the **book** of **life** before the **foundation** of the **world** 🔍 | **Whose** names **were written in** the **book** of **life** from the **foundation** ... 🔍 |
| **How do you get your** name **written** in the **book** of **life** 🔍 | **Rejoice that your** name is **written** in the **book** of **life** 🔍 |



YouTube · Evangelist Gabriel Fernandes
8.9K+ views · 6 months ago

## Be Still, and Know that He is God, Monday Prophetic Word 17 ...



7:47

In this video, Evangelist Gabriel Fernandes shares a prophetic message and He prays for you, Connect in Faith! Stay connected with us, ...

Kimberly Constant Ministries · Kimberly Constant Ministries
https://www.kimberlyconstantministries.com · Sep 26, 2025

## 9/26/25: The Names of God -- YHWH — Kimberly Constant ...

45:38

**9/26/25: The Names of God -- YHWH** · 9/19/25: The Names of God – El Roi · You Might Also Like.

Missing: ~~ivory~~ ~~17~~ ~~ghost~~ ~~\word~~ ~~word~~ ~~month~~ ~~mar~~ ~~day~~



Facebook · WE ARE CATHOLIC
7 comments · 3 months ago

## The Holy Spirit came upon Her The Father laid his mighty ...

**God** the Father, Jesus Christ the Son, and the **Holy Ghost** (or **Holy Spirit**) are three distinct persons who are one in essence, will, and divine ...



Father Tom Boyer
https://www.fathertomboyer.org › date › 2025/03

## All posts for the month March, 2025

Mar 28, 2025 — The Great Journey to Jerusalem continues with one of the best loved and known parables of Jesus. It speaks to all of us who know jealous rivalry.

devotionaryblog.com
https://devotionaryblog.com › 2025/03

## Month: March 2025 - Devotionary

Mar 31, 2025 — A psalm of David. [1] Contend, O LORD, with those who contend with me; fight against those who fight against me!

*In order to show you the most relevant results, we have omitted some entries very similar to the 10 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

 holy family of me holy bibly ivory god ✕ 🎤 📷 🔍 ⚙️ ⣿

All  Images  Videos  Shopping  Short videos  Forums  Web  ⋮ More



These are results for holy family of me holy **bible** ivory god
Search instead for holy family of me holy bibly ivory god

 Amazon.com
https://www.amazon.com › Holy-Bible-American-Catho...

## Holy Bible: New American, Ivory, Deluxe Parish ...

This elegant **Ivory** edition contains a treasury of Biblical reference material,
religious artwork and dramatic color sections on The Celebration of the
Eucharist, The Life of Mary and The **Family** Record.
$38.76 · 5.0          (2)

g Goodreads
https://www.goodreads.com › 14910503-holy-bible

## Holy Bible: New American, Ivory, Deluxe Parish Edition

The Deluxe Parish Edition is **ideal for celebrating family events** from Weddings to Holidays. The
Wedding Readings in the center of the Bible are designed to ...
$5.49 · 4.6          (2,883)

 Amazon.com
https://www.amazon.com › Verse-Reference-Personal-L...

## Holy Bible: New King James Version, Giant Print, Ivory ...

Ideal for individual study, teaching, and ministry work, this trusted edition of the **Holy Bible** will
enhance your time exploring the beauty and meaning of **God's** ...
$29.99 · 4.4          (209)

 eBay
https://www.ebay.com › ... › Books

## The Holy Bible Ivory Peace of Mind Edition Red Letter King ...

Find many great new & used options and get the best deals for **The Holy Bible Ivory Peace of
Mind Edition Red Letter King James Version 1960** at the best ...
$17.47



Indment faith ful Life or-Death By Cancer 18
I Bentrom month MAR 27+28 DAY 2024 RAK
my fathera god Can from his gold head my father
my god head Bible Every Jesus Christs
holy Spirit Boby Spire people Earth
WRitter TRANSLater Word in Comptey in
English not for you To See pred in Rex[ I]
End Written Translator word from god my D
Cancer 8 WAY By SAIR You BREATH
father gold hexid inplace in my god head Bible
IVORY Jesus Christs BADy holy Spirits
month OCT 31 DAY 2025 yearR 9 month
Of Written Translator Wording Comptent Am
holy Bible Christo Nometon Book
As goodhash Bible rory Jesus Christs
pasestbody
Po faithen stopperily
authent Stand up my tater do It
Judement a faithful month MAR 2024
month MAR 2042 yeAR Lite on PATH OUT



hRee head I VORY Jeans moses are one Bible
ahead Bible Chrests Boby holy Spirits
19
Rossing Bible King over All King Left side To Right Side
th sice To left Sible Lordover All Ford Bible Crosser
forth MAR2 200 5 YEAR TO month MAR28 JogyyPAR
hange over my my fathergod his self Changedver
oses Became me Jesus Christ Became meAS I'M,
god head Bible Ivory Christs Body holy SpiRAX
Tele Water Blood IVORY Jesus moses areonekil?



Father son holy ghost Birth Child Bible I voRy Chrusts
Before Billy Infor Ivory Bofor Brownilefor Lee 18
Bible Jesus Christs 18
9 holy ghost
-
holy spirit
27
10
28@
Father son holy spirit Birth Child Jesus Chresto
55
god head Bible Ivory Jeanss moses 28
Chestsholyghost holy Spirits 29
55 Wandyear
monthree 16 Birth Right Ivory 7 BinthDay Bible 955year
holyghost holy spirit 19
holyghost holy spivey
5 Jesus 6 Christ 195 6year
19 moses 5 leader 6 1956 year



b

god The father holy spiRetholy ghost heaven Earth
BRAVELA
Godhead Bible E vory Christs Bodyhely Spiel Earth
godson Sensus Christ's Body holy Spirit Earthheaven
godhead Bible Ivory Jesus Christs Boby holy Spirit
moses Became megadhead Bible Ivory Chrests holysping
Jesus Christs is me godhead Bible I vary Ch rests holyspiRes
PARst Birth AdAn Blackman Bible Ivory hely
first SARAH Black WOMAN The holy Bible I vory ISAAC
Birth Child Bible Ivory Billy Brownlee 1 955yex
mother Idell Brownlee1 4 year old Child Bible IvaRy Billy
AS Father son holyghost Birth Child Bible holy Every 1955
Sing EVE mother Gain Son Sins

AdAin pass fait Jest fies Black @
EVE do not poss faith Pest sings
Cain evil-dovatvoss faith Text
Abel do poss fait Test goo firstin
noah de pess faithful Pes
Abram do not passfathered
SARAN do poss faith tes first BlackWomen
ISAAC And Tvaryhely pess Thet mithing.
IshMAel KABAK Nessinte faithful Test
Test
JAMAL POSSfaithtnt Post ALL The
WAYfaithful
Triffrest moses possfaithin Test brist
horses do not poss faith Tery
Davidin first be pass the faithful Test
lest do not pass taithe Jest
Jesus Christ poesfaitful Test Trumpsins
inumy no food Benefits
JudgmentnomedioARE Benefits

To KOV | He fenthe you are Death 2024 hoff
permockAt you To nofaithful 00 meyenar
KepublicAn Lexden kump To White horse
Dotatifil in me you are All Dexth 20 2Hogy2
no faithful in meme All are Perth Jof 4 year.
month man 23 Day 2042 year Life on Dexth
newhome ".
As godhead Bille Ivory Sefuss moses
Trenmy godliev my head 2025 year
SystAvDagiEl hoysspeed wy
Indgment out of heaven from my
Fathergod head 10 my god head Bible
IVORY Jesuss Moses Chivests.
holyghost holy spin
2024yeAR
Judgment To Whole EARTH
TAIThty

MAR 28 DAY 2824 PARTO MAR 22 DAY 2042YAN
tenthful Sindgmen Strand possiate Et no faithful
-
in meholy bible Christs lite on bexthe
Sins All at churchs Leader Sing on me
Faithful in me holy bible Chests yon living
virfaithful in me holy Bible Chirests you beath ons
Ky 8 Wayof ConcertAllen WRAthen Storm
All Kindof Way of Death of head sail nefait in me
MAY 2025 xonthechurchs lextengo yo
The Whitehouse Tosee DanAld J Trannys
holy Bible Jeg
lexle matin united States MAtion
1000 Chanac hs Lerden Will fall
10,000 united States nAtion DeemociNt
Vaistime Republican Lex for Tranmp KARRS
full of me holy Bible christs ar
god headBitka PARY Jesuis moses
Christs Lagig Spirits
VIDtaktil in me you are worth 201y to 1xyfyr
infaithfulinmeyen Living EterNl life.
Just Like For Stand 20 42 year

nous025

2005 year 202 5 year JROD gameplay

ITA Sins Judgment tox DenRAN me holy Biblegod Ivory

Judgmentonto hexen god my father To Whole Earth

Whitehouse Conxld & Trump in Leader

Judgment Lie And Republican leader Bygod my

Father in me godherd Bible IVORY Jesuss moses 28

Christsholyghostholy spirit5.fr

Judgment Trump for food Benefits

5 5 year And Word

Judgment medicare Benefits Trump Dogme on

DesmocRAT Judgment for Before 2021 to 2024

Judgment Jewish hebrew Lie PROD Books The

holygod Bible IVORY Jesusis ChRATS

holy Bible Qnew holy Bible Christs 2024

I StAnd written TRANSLatoR Word my.

year

fatherigod month man 29 right Rx 28 2019 year

my Fathergod headto mygod head Bible IVORY

Jesuis moses 28

Christsholy ghost holy spigets To stAnd

Written Translator Wordof my Father god 2005

Bietime To B Ve Tiv Lerden

. 2025/PAR

JudgmentCan help from AR PenRAN





nous025

2005 year 202 5 year JROD gameplay

ITA Sins Judgment tox DenRAN me holy Biblegod Ivory

Judgmentonto hexen god my father To Whole Earth

Whitehouse Conxld & Trump in Leader

Judgment Lie And Republican leader Bygod my

Father in me godherd Bible IVORY Jesuss moses 28

Christsholyghostholy spirit5.fr

Judgment Trump for food Benefits

5 5 year And Word

Judgment medicare Benefits Trump Dogme on

DesmocRAT Judgment for Before 2021 to 2024

Judgment Jewish hebrew Lie PROD Books The

holygod Bible IVORY Jesusis ChRATS

holy Bible Qnew holy Bible Christs 2024

I StAnd written TRANSLatoR Word my.

year

fatherigod month man 29 right Rx 28 2019 year

my Fathergod headto mygod head Bible IVORY

Jesuis moses 28

Christsholy ghost holy spigets To stAnd

Written Translator Wordof my Father god 2005

Bietime To B Ve Tiv Lerden

. 2025/PAR

JudgmentCan help from AR PenRAN



MARY 8 DAY JOH PANTO MOR JEDAY 2042YAN
Faithful Sindgmen Stand passinto It Vietata la
in me holy Bible Chimistes lite on Death
faithful in me holy bible Christ you living
virfaithful in me holy Bible Chirasts you beath ons
18 Way of ConcertAllon WRAllen Storm
All Kindof Way of PRAth ON hexdreary nefait in my
Churchs Lexder Sing on me
MAY 2025 Xonthechurchs lexden goto
The Whitehouse Toser DanAld Trenings
holy BibleTV
Lexde mAtion united States DAtion
1000 Churchs Lerden Will fall
10,000 united states nAtion DeemociENT
Vejatime Republican Lexxer Traump KARRI
full of me holy Bible christs ar
god head Bible 2 pary Jesuis moses
Christs KiDig Spirits
VIDTaktil in me you are worth 2019 to Laylyx
interntleur inmeyen Living EtenNl life.
Just Like you Stand Joy yPAR